IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA ET AL., | ) | |
| Plaintiff, | ) | No. 96-700C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Virginia G. Farrier as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Virginia G. Farrier
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street NW

Dated: December 1, 2003

/s/ Virginia G. Farrier
Virginia G. Farrier
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-307-6289
Fax: 202-514-7969

CERTIFICATE OF FILING

I hereby certify that on December 1, 2003, a copy of foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Virginia G. Farrier
Virginia G. Farrier