IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA ET AL., | ) | |
| Plaintiff, | ) | No. 96-700C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order, as entered in the electronic docket on October 1, 2003, the parties respectfully submit the following joint status report regarding the final resolution of the appeal in Cienega Gardens v. United States, 02-5050 (Fed. Cir.).

The United States Court of Appeals for the Federal Circuit issued its decision in Cienega Gardens on June 12, 2003.[1] 331 F.3d 1319 (Fed. Cir. 2003). In its decision, the Federal Circuit reversed the Court of Federal Claims's grant of summary judgment for the Government, holding that the four "model plaintiffs" had suffered a compensable, temporary, regulatory taking. 331 F.3d at 1319. The Federal Circuit remanded the regulatory takings claims of the 38 non-model plaintiffs to the trial court for

[1] On the same day, the Federal Circuit issued its decision in the related case of Chancellor Manor v. United States, 02-5066.

application of the Penn Central[2] factors, upon further development of the factual underpinnings of the case, and to rule on liability, and if liability is found, also on damages. 331 F.3d at 1319. The Federal Circuit denied the Government's petition for panel rehearing, by order dated September 26, 2003, and issued its mandate of its decision on November 5, 2003. The Government must file its petition for a writ of certiorari, should it decide to pursue such, no later than December 26, 2003.

As a result of these developments, the parties respectfully request that the Court allow them to file a joint status report, within the next 45 days, in which the parties will propose a schedule for further proceedings in this matter.

Prior to filing this JSR, Mr. Eckland read this JSR. Mr. Eckland consents to the electronic filing of this JSR.

[2] Penn Cent. Tranp. Co. v. City of New York, 438 U.S. 104, 124 (1978).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Jeff H. Eckland
Jeff H. Eckland, Esq.
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

/s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/Virginia G. Farrier
VIRGINIA G. FARRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-6289
Fax (202) 514-7969
Email: virginia.farrier@usdoj.gov

Attorney for Plaintiffs

DATE: December 3, 2003

Attorneys for Defendant

DATE: December 5, 2003

CERTIFICATE OF FILING

I hereby certify that on December 5, 2003, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Virginia G. Farrier
Virginia G. Farrier