**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Apache Apartments, *et al.*,

Plaintiffs,

v.

United States,

Defendant.

**Case No. 96-700C**
**(Judge Lawrence J. Block)**

---

**NOTICE OF CHANGE OF ADDRESS**

As the Attorney of Record for the plaintiffs in the above-captioned case, Jeff H. Eckland hereby notifies the Court, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, of the following change of address:

Jeff H. Eckland
Eckland & Blando
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-305-4440
Fax: 612-305-4439
E-mail: EcklandAndBlando@aol.com.

Dated: August 11, 2004

**Filed Electronically**

**s/Jeff H. Eckland**

Mark J. Blando, Of Counsel
ECKLAND & BLANDO
700 Lumber Exchange
10 South Fifth Street
Minneapolis MN 55402
612-305-4440