# CERTIFICATE OF FILING

I hereby certify that on October 4, 2004, a copy of foregoing JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL