IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 96-700C (Judge Block) |

JOINT STATUS REPORT

Pursuant to the Court's October 7, 2004 order, the parties report that fact and expert discovery has been completed in accordance with that order. In addition, the parties submit the following separate statements regarding the proper course of further proceedings.

I. Plaintiffs' Statement

Plaintiffs desire to bring their claims to resolution in an expeditious manner. At the same time, as plaintiffs expressed in their motion to stay (dated February 22, 2005), they remain concerned about the potential for duplication of effort and inconsistent results should this case be tried before the Federal Circuit rules in the pending appeal in *Independence Park v. United States*, Nos. 05-5034, 05-5035 (Fed. Cir.) and/or before the Court of Federal Claims rules in the consolidated cases of *Cienega Gardens v. United States*, No. 94-1C (Fed. Cl.) and

*Chancellor Manor v. United States*, No. 98-39C (Fed. Cl.).[1] Most significantly, plaintiffs are concerned about the danger that this case might have to go to trial two times depending on the outcome of these closely related matters.

In its Order of May 2, 2005, the Court credited these concerns and concluded that "following discovery and the filing on June 8, 2005 of the Joint Status Report, either party may revisit in a proper motion whether a stay of proceedings would at that time be appropriate." Order at 2. Thus, plaintiffs are considering filing a renewed motion for a stay of proceedings in the near future. At the same time, however, it is possible that the related cases referenced above will be resolved prior to the January 2006 trial date suggested by defendant herein. Thus, plaintiffs will continue to monitor the progress of the related cases and bring a renewed motion for stay, if any, at the appropriate time.

---

[1] Plaintiffs understand that the *Independence Park* case is close to being fully briefed to the Federal Circuit. In *Cienega Gardens* and *Chancellor Manor*, the parties have completed post-trial briefing and oral argument and are awaiting a decision from the court.

Finally, should this case go to trial in early 2006,[2] as suggested by defendant, plaintiffs request that the trial take place in Minneapolis, Minnesota. All of the properties at issue are located in Minnesota, including two in the Twin Cities metro area; all of plaintiffs' fact and expert witnesses reside in Minnesota; and at least two of defendant's likely witnesses reside in the Twin Cities area. In addition, plaintiffs will request that the Court conduct a site visit of one or more of the properties at issue during the course of the trial.

II. Defendant's Statement

Defendant expects that this case will require a trial, and requests that the Court conduct a status conference to set a pre-trial and trial schedule. Because lead counsel for defendant is scheduled for trials commencing on August 15, 2005, and October 17, 2005, defendant proposes that a trial of this case commence no earlier than January 2006. Defendant concurs that trial be conducted in Minneapolis, Minnesota. Defendant understands from counsel for plaintiffs that two plaintiffs, New Goldendale Homes and New Howard Lake, will voluntarily dismiss

---

[2] Plaintiffs filed their expert report in this matter on March 8, 2005 in accordance with the Court's scheduling order. However, based in large part on the expected upcoming decisions in related cases, plaintiffs intend to submit an amended report prior to the trial of this matter. Plaintiffs would not object to their expert witness being re-deposed after the amended report is completed, should defendant desire to do so. Defendant's proposed trial schedule will leave more than sufficient time for any such further deposition to occur.

their claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Jeff H. Eckland
JEFF H. ECKLAND, ESQ.
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorney for Plaintiffs

June 8, 2005

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

June 8, 2005

CERTIFICATE OF FILING

I hereby certify that on June 8, 2005, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL