**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Apache Apartments of
Owatonna, a Limited
Partnership, *et al*.,

Plaintiffs,

v.

**Case No. 96-700C**
**(Judge Lawrence J. Block)**

United States,

Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

As the Attorney of Record for the plaintiffs in the above-captioned case, Jeff H. Eckland hereby notifies the Court, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, of the following change of address:

Jeff H. Eckland
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-236-0160
Fax: 612-236-0179

Dated: November 21, 2005

**Filed Electronically**

**s/Jeff H. Eckland**
Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-236-0160
Fax: 612-236-0179