IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., | ) | |
| Plaintiffs, | ) | No. 96-700C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's November 10, 2005 order and Appendix A to the Rules of the United States Court of Federal Claims, the parties propose the following pre-trial schedule:

| | |
|---|---|
| March 21, 2006 | Early meeting of counsel and exchange of parties' witness and exhibit lists; |
| April 4, 2006 | Filing of plaintiffs' memorandum of contentions of fact and law, witness list, and exhibit list; |
| May 2, 2006 | Filing of defendant's memorandum of contentions of fact and law, witness list, and exhibit list; |
| May 23, 2006 | Pretrial conference; |
| June 5-16, 2006 | Trial in Minneapolis, Minnesota. |

The parties also report that plaintiffs intend to voluntarily dismiss the breach of contract claims set forth in their complaint, that defendant intends to withdraw its

October 18, 2001 motion for summary judgment, and that the parties do not intend to file any pre-trial dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Jeff H. Eckland
JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

November 29, 2005

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

November 29, 2005

CERTIFICATE OF FILING

I hereby certify that on November 29, 2005, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jeff H. Eckland