# The United States Court of Federal Claims

**No: 96-700 C**
December 22, 2005

**APACHE APARTMENTS OF OWATONNA, a Limited Partnership, *et al.*,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**PRELIMINARY PRE-TRIAL SCHEDULING ORDER**

On November 29, 2005, the parties filed a Joint Status Report with a proposed Pre-Trial Schedule. In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are ORDERED to comply with the following Pre-Trial Schedule:

1. The parties shall confer and exchange Exhibit Lists, Witness Lists, and Proposed Procedural Stipulations, no later than **March 14, 2006**. The parties shall file a Joint Certification verifying that they have conferred no later than **March 21, 2006**. *See* RCFC App. A, ¶ 13.

2. Plaintiff shall file Plaintiffs' Proposed Findings of Fact and Conclusions of Law, Witness List, Exhibit List and any attendant motions pursuant to ¶¶ 15 & 16 of the RCFC, Appendix A, no later than **March 28, 2006**.

3. Defendant shall file Defendant's Proposed Findings of Fact and Conclusions of Law, Witness List, Exhibit List and any attendant motions pursuant to ¶¶ 15 & 16 of the RCFC, Appendix A, no later than **April 18, 2006**.

4. Parties shall file any motions *in limine*, objections to witness lists, objections to exhibit lists, or any other pre-trial motions no later than **May 2, 2006**.

5. Parties shall file Responses to any objections or motions filed no later than **May 16, 2006**.

6. Parties shall file Replies to any objections or motions filed no later than **May 23, 2006.**

7. The parties shall file a Joint Procedural Stipulation, a Joint Trial Exhibit List, and a Joint Trial Witness List, (for each witness, the parties shall set forth each witness's name and address, the amount of proposed time the witness will testify on direct examination, the title and/or job description of the witness, and the witness's proposed topics of testimony) no later than **May 23, 2006**.

8. The parties shall file a Consolidate Statement of Proposed Findings of Fact (identifying agreed upon facts and issues of fact to be resolved by the court), and a Consolidated Statement of Proposed Conclusions of Law no later than **May 23, 2005**.

9. The court will conduct a Pre-Trial Telephone Status Conference with all the parties at **11:00 a.m. (EST) May 30, 2006**.

10. Trial will be held in **Minneapolis, Minnesota**, from **June 12-23, 2006**.

Further, the parties are requested to submit to chambers no later than **June 1, 2006** a courtesy copy of the expert reports of any expert witness expected to testify at trial.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge