IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 96-700C |
| | ) | (Judge Block) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION IN LIMINE REGARDING EXPERT OPINION

Defendant, the United States, requests, in limine, that the Court preclude from the trial currently scheduled to commence on June 12, 2006, any opinion testimony of Dr. George Karvel not reported to the Government by March 8, 2005. On October 7, 2004, the Court ordered that expert reports be produced to parties by March 8, 2005, and stated that no extension of that deadline would be granted. Plaintiffs produced to the Government by that date a report of Dr. George Karvel. The Government expended financial resources to depose Dr. Karvel, produce an expert opinion rebutting his report, and make our expert available for deposition by plaintiffs. However, on March 14, 2006, more than a year after the Court's deadline and less than three months before trial is scheduled to commence, plaintiffs have produced to us a "First Amended Expert Report" of Dr. Karvel.

Reviewing and responding to Dr. Karvel's new report would force the Government to incur additional expense that would have

been unnecessary had Dr. Karvel's opinion been produced in its entirety by March 8, 2005. In view of the lateness of Dr. Karvel's new report, the expense already incurred in responding to his original report, and the expense that the Government would have to incur to review and respond to Dr. Karvel's new report, defendant requests that the Court preclude from trial any opinion offered by Dr. Karvel that was not produced to the Government by March 8, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

March 15, 2006

CERTIFICATE OF FILING

I hereby certify that on March 15, 2006 the foregoing Defendant's Motion In Limine Regarding Expert Opinion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail