**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

APACHE APARTMENTS OF
OWATONNA, *et al*.,

Plaintiffs,

**Case Nos. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

**PARTIES' STIPULATION TO VOLUNTARY DISMISSAL OF COUNT ONE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal of Count One of plaintiffs' First Amended Complaint, the breach of contract claims, with prejudice and with the parties to bear their own expenses, costs, and fees.

Respectfully submitted,

s/ Jeff H. Eckland
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
David S. Laidig, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
Michael F. Cockson, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.

Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

*Attorneys for Defendant*

**Filed Electronically**
**with the Consent of the**
**Attorney for Defendant**

Dated: March 21, 2006