**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

APACHE APARTMENTS OF OWATONNA, *et al*.,

Plaintiffs,

**Case Nos. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

---

**JOINT CERTIFICATION**

Pursuant to ¶ 1 of the Court's December 22, 2005 order and ¶ 13(d) of Appendix A to the Rules of the United States Court of Federal Claims, counsel for the parties certify that they have met and accomplished all matters required by ¶ 13 of Appendix A.

Respectfully submitted,

s/ Jeff H. Eckland
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
David S. Laidig, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
Michael F. Cockson, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Telephone: (202) 514-4325
Facsimile: (202) 514-7965

*Attorneys for Defendant*

**Filed Electronically**
**with the Consent of the**
**Attorney for Defendant**

Dated: March 21, 2006