**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

APACHE APARTMENTS OF OWATONNA, *et al*.,

Plaintiffs,

**Case No. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

---

**PLAINTIFFS' FIRST AMENDED EXHIBIT LIST**

In accordance with paragraph 2 of the Court's Order of December 22, 2005 and paragraph 16 of Appendix A to the Rules of the United States Court of Federal Claims, Plaintiffs Apache Apartments of Owatonna, a Limited Partnership, *et al*., submit the attached list of the exhibits they expect to introduce at the trial of this matter.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Michael Cockson, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: March 28, 2006

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 001 | 7/22/1971 | Apache Apartments Partnership Agreement | P-AP 000572-579 | May Offer |
| Pltf Tr. Ex. 002 | 7/29/1971 | Apache Apartments of Owatonna, Closing Documents | P-AP 000096-245 | Expect to Offer |
| Pltf Tr. Ex. 003 | 8/2/1971 | Apache Apts Mortgagee's Certificate | G_AP00140 | May Offer |
| Pltf Tr. Ex. 004 | 8/2/1971 | Apache Apartments Regulatory Agreement | P-AP 000003-17 | May Offer |
| Pltf Tr. Ex. 005 | 12/19/1984 | Apache Apartments Mortgagor's Oath | G_AP00104 | May Offer |
| Pltf Tr. Ex. 006 | 4/12/1985 | Apache Apartments Appraisal | P-AP 000803-939 | Expect to Offer |
| Pltf Tr. Ex. 007 | 4/12/1985 | Apache Apartments Letter from HUD | G_AP00106-107 | Expect to Offer |
| Pltf Tr. Ex. 008 | 12/3/1986 | Apache Apartments of Owatona Limited Partnership 1985 Transfer of Assets | P-AP 000246-452 | May Offer |
| Pltf Tr. Ex. 009 | 9/1/1988 | Apache Apartments Housing Assistance Payments Contract | P-AP 001163-1166 | Expect to Offer |
| Pltf Tr. Ex. 010 | 9/1/1988 | Apache Apartments Housing Asssistance Payments (HAP) Contract Renewal | P-AP 001161-1162 | Expect to Offer |
| Pltf Tr. Ex. 011 | 2/15/1994 | Apache Apartments Intial Notice of Intent | P-AP 000712 | Expect to Offer |
| Pltf Tr. Ex. 012 | 7/25/1994 | Apache Apartments Inital Notice of Intent to Terminate or Extend Low -Income Affordability Restrictions | P-AP 001167-1170 | Expect to Offer |
| Pltf Tr. Ex. 013 | 7/28/1994 | Apache Apartments Letter from SE MN Housing network | P-AP 000765 | May Offer |
| Pltf Tr. Ex. 014 | 9/7/1994 | Apache Apartments Real Estate Appraisal | P-AP 000981-1160 | Expect to Offer |
| Pltf Tr. Ex. 015 | 9/7/1994 | Apache Apartments Summary of Salient Facts and Conclusions - Valuation Analyses | P-AP 000942-968 | Expect to Offer |
| Pltf Tr. Ex. 016 | 11/7/1994 | Apache Apartments Letter to HUD | P-AP 001173-1175 | Expect to Offer |
| Pltf Tr. Ex. 017 | 12/27/1994 | Apache Apartments Preservation value appraisal of the 22 unit Apache Apartments located in Owatonna, MN | P-AP 000940-941 | Expect to Offer |
| Pltf Tr. Ex. 018 | 1/27/1995 | Apache Apartments letter from HUD | P-AP 000977-978 | Expect to Offer |
| Pltf Tr. Ex. 019 | 2/21/1995 | Apache Apartments Letter to HUD | P-AP 000975-976 | Expect to Offer |
| Pltf Tr. Ex. 020 | 3/16/1995 | Apache Apartments letter form HUD | P-AP 000971-974 | Expect to Offer |
| Pltf Tr. Ex. 021 | 4/12/1995 | Apache Apartments Letter to HUD re:Title VI Preservation | P-AP 000980 | Expect to Offer |
| Pltf Tr. Ex. 022 | 4/14/1995 | Apache Apartments Letter from HUD to Paul Arnfelt | P-AP 000001 | Expect to Offer |
| Pltf Tr. Ex. 023 | 7/10/1995 | Apache Apartments Letter of Modification no. 2 Title VI Preservation Appraisal | P-AP 000766-788 | Expect to Offer |
| Pltf Tr. Ex. 024 | 7/24/1995 | Apache Apartments Letter from HUD to Paul Arnfelt | P-AP 000002 | Expect to Offer |
| Pltf Tr. Ex. 025 | 7/24/1995 | Apache Apartments letter from HUD | P-AP 001172 | Expect to Offer |
| Pltf Tr. Ex. 026 | 4/16/1996 | Apache Apartments Letter from HUD | P-AP 001171 | Expect to Offer |
| Pltf Tr. Ex. 027 | 9/17/1997 | Apache Apartments Rent Increase Proposal | G_AP00382-389 | May Offer |
| Pltf Tr. Ex. 028 | 10/1/1997 | Apache Apartments Letter from HUD to Rick Spitzack | P-AP 000586-587 | May Offer |
| Pltf Tr. Ex. 029 | 2/9/1999 | Handwritten notes of Paul Arnfeldt | P-AP 13836 | Expect to Offer |
| Pltf Tr. Ex. 030 | 2/11/1999 | Apache Apartments Letter from HUD re: prepayment | G_AP00312-314 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 031 | 03/00/1999 | Assisted Housing Financial Management Insider | P-AP 13928-937 | Expect to Offer |
| Pltf Tr. Ex. 032 | 4/27/1999 | Apache Apartments Letter from HUD re: Retantion of Excess | G_AP00161-164 | Expect to Offer |
| Pltf Tr. Ex. 033 | 7/5/1999 | Apache Apartments Owner's Request to HUD to provide authorization to mortgagee to allow prepayment | G_AP00296 | May Offer |
| Pltf Tr. Ex. 034 | 7/5/1999 | Apache Apartments Letter to Tenant re: prepayment | G_AP00291 | May Offer |
| Pltf Tr. Ex. 035 | 7/5/1999 | Apache Apartments Exhibit A to Notice of Prepayment - Owner's certification regarding contracts | G_AP00292 | May Offer |
| Pltf Tr. Ex. 036 | 7/5/1999 | Apache Apartments Exhibit B to Notice of Prepayment - Owner's certification regarding tenant notification | G_AP00293 | May Offer |
| Pltf Tr. Ex. 037 | 7/5/1999 | Apache Apartments Exhibit C to Notice of Prepayment Owner's certification regarding rent increases | G_AP00294 | May Offer |
| Pltf Tr. Ex. 038 | 7/5/1999 | Apache Apartments Exhibit D to Notice of Prepayment | G_AP00295 | May Offer |
| Pltf Tr. Ex. 039 | 7/5/1999 | Apache Apartments Exhibit to Notice of Prepayment | G_AP00297 | May Offer |
| Pltf Tr. Ex. 040 | 7/5/1999 | Apache Apartments Notice of Prepayment | P-AP 000789-802 | Expect to Offer |
| Pltf Tr. Ex. 041 | 7/14/1999 | Handwritten notes of Paul Arnfeldt | P-AP 13839-846 | Expect to Offer |
| Pltf Tr. Ex. 042 | 8/6/1999 | Apache Apartments Authorization to Increase Rent | G_AP00352 | May Offer |
| Pltf Tr. Ex. 043 | 8/6/1999 | Apache Apartments Letter from HUD | G_AP00289 | Expect to Offer |
| Pltf Tr. Ex. 044 | 8/6/1999 | Apache Apartments Letter from HUD | G_AP00290 | Expect to Offer |
| Pltf Tr. Ex. 045 | 9/1/1999 | Apache Apartments Letter from HUD to Paul Arnfelt | P-AP 000584-585 | May Offer |
| Pltf Tr. Ex. 046 | 9/3/1999 | Apache Apartments Letter to Rice County HRA re: | G_AP00281-283 | May Offer |
| Pltf Tr. Ex. 047 | 10/12/1999 | Apache Apartments Letter from HUD re: prepayment | G_AP00280 | Expect to Offer |
| Pltf Tr. Ex. 048 | 10/21/1999 | Flyer to residents of Apache Apartments | P-AP 13837-838 | Expect to Offer |
| Pltf Tr. Ex. 049 | 11/22/1999 | Apache Apartments Letter to MN Housing Finance Agency re: intent to prepay | G_AP00278 | May Offer |
| Pltf Tr. Ex. 050 | 12/29/1999 | Apache Apartments Full Loan Satisfaction Statement | P-AP 000601 | Expect to Offer |
| Pltf Tr. Ex. 051 | 4/5/2005 | Apache Apartments Integra Realty Resources Complete Retrospective Appraisaln Effective date of appraisal 9/7/1993 | DX 505 | Expect to Offer |
| Pltf Tr. Ex. 052 | 3/14/2006 | All documents listed on Addendum C of Expert Report of | | |
| Pltf Tr. Ex. 053 | 9/11/1997 | Waseca Village Rent Increase Request | G_AP00390-392 | May Offer |
| Pltf Tr. Ex. 054 | 8/12/1971 | Brainerd South Mortgage Note | G_AP01169 | Expect to Offer |
| Pltf Tr. Ex. 055 | 2/10/1984 | Brainerd South Letter | G_AP01138-1139 | Expect to Offer |
| Pltf Tr. Ex. 056 | 6/4/1992 | Brainerd South Initial Notice of Intent | G_AP01454 | Expect to Offer |
| Pltf Tr. Ex. 057 | 6/22/1992 | Brainerd South Letter re: Notice of Intent | G_AP01447-1452 | Expect to Offer |
| Pltf Tr. Ex. 058 | 9/11/1992 | Shenehon Company Appraisal of Brainerd | P-AP 13847-927 | Expect to Offer |
| Pltf Tr. Ex. 059 | 9/11/1992 | Brainerd South Market Value appraisal | P-AP 13847-13927 | Expect to Offer |
| Pltf Tr. Ex. 060 | 10/25/1992 | Brainerd South Complete Retrospective Appraisal | DX 506 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 061 | 12/28/1992 | Brainerd South Market Value Appraisal Brainerd South | P-AP 006333 | Expect to Offer |
| Pltf Tr. Ex. 062 | 8/11/1993 | Brainerd South HUD Form 9607 - VI Preservation Appraisal | G_AP01312-1316 | Expect to Offer |
| Pltf Tr. Ex. 063 | 7/12/1994 | Brainerd South Letter | G_AP01228-1229 | Expect to Offer |
| Pltf Tr. Ex. 064 | 7/22/1994 | Brainerd South Letter | G_AP01271-1275 | Expect to Offer |
| Pltf Tr. Ex. 065 | 8/18/1994 | Brainerd South Letter | G_AP01221-1227 | Expect to Offer |
| Pltf Tr. Ex. 066 | 11/29/1995 | Brainerd South Letter | G_AP01689-1697 | Expect to Offer |
| Pltf Tr. Ex. 067 | 12/18/1995 | Brainerd South Letter | G_AP01679 | Expect to Offer |
| Pltf Tr. Ex. 068 | 12/18/1995 | Brainerd South Letter | G_AP01680-1682 | Expect to Offer |
| Pltf Tr. Ex. 069 | 1/24/1996 | Brainerd South Letter | G_AP01648-1652 | Expect to Offer |
| Pltf Tr. Ex. 070 | 02/00/1996 | Brainerd South Plan of Action Under Title VI of Low-Income Housing Preservation and Residential Homeownership Act of | P-AP 006298-6310 | Expect to Offer |
| Pltf Tr. Ex. 071 | 5/7/1996 | Brainerd South letter | G_AP01009-1016 | Expect to Offer |
| Pltf Tr. Ex. 072 | 5/13/1996 | Brainerd South Plan of Action 092-4405 Brainerd South | P-AP 006297 | Expect to Offer |
| Pltf Tr. Ex. 073 | 5/31/1996 | Brainerd South letter | G_AP01574-1579 | Expect to Offer |
| Pltf Tr. Ex. 074 | 6/4/1996 | Brainerd South letter | G_AP01558-1563 | May Offer |
| Pltf Tr. Ex. 075 | 6/21/1996 | Brainerd South letter | G_AP01553-1557 | Expect to Offer |
| Pltf Tr. Ex. 076 | 7/29/1996 | Brainerd South letter | G_AP00988-989 | Expect to Offer |
| Pltf Tr. Ex. 077 | 7/29/1996 | Brainerd South letter | G_AP01534-1535 | Expect to Offer |
| Pltf Tr. Ex. 078 | 7/29/1996 | Brainerd South Captial Grant Agreement | G_AP01462-1471 | Expect to Offer |
| Pltf Tr. Ex. 079 | 8/6/1996 | Brainerd South | G_AP01849-1853 | May Offer |
| Pltf Tr. Ex. 080 | 5/7/1997 | Brainerd South Assignment of Mortgage | G_AP00913-917 | May Offer |
| Pltf Tr. Ex. 081 | 9/25/1997 | Brainerd South letter from HUD | G_AP00840 | May Offer |
| Pltf Tr. Ex. 082 | 9/23/2002 | Brainerd South letter | G_AP01928-1937 | May Offer |
| Pltf Tr. Ex. 083 | 9/25/2002 | Brainerd South letter | G_AP01927 | May Offer |
| Pltf Tr. Ex. 084 | 8/29/1994 | Eagan Gardens Tenant Income Profile | P-AP 006582-6589 | May Offer |
| Pltf Tr. Ex. 085 | 00/00/0000 | Eagan Gardens Summary of Plan of Action to Retain a Project | P-AP 006568-6570 | May Offer |
| Pltf Tr. Ex. 086 | 12/15/1972 | Eagan Gardens Commitment For Insurance of Advances to Northland Mortgae # 236 | FRC0910203-910208 | May Offer |
| Pltf Tr. Ex. 087 | 12/26/1972 | Eagan Gardens Mortgage | MIN0090111-90117 | Expect to Offer |
| Pltf Tr. Ex. 088 | 12/26/1972 | Eagan Gardens Regulatory Agreement For Limited Distribution Mortgagors under Section 236 | FRC0910019-910028 | Expect to Offer |
| Pltf Tr. Ex. 089 | 12/17/1973 | Eagan Gardens Effective Date of Intrest Reduction Payment | MIN0090123 | May Offer |
| Pltf Tr. Ex. 090 | 6/26/1984 | Eagan Gardens Exchange Addendum To Purchase Agreement | MIN0090124-90127 | May Offer |
| Pltf Tr. Ex. 091 | 12/28/1984 | Eagan Gardens Bill Of Sale Assignment | MIN0090138-90156 | May Offer |
| Pltf Tr. Ex. 092 | 9/18/1986 | Eagan Gardens letter from HUD | P-AP 006613-6615 | Expect to Offer |
| Pltf Tr. Ex. 093 | 9/29/1986 | Eagan Gardens letter to HUD | P-AP 006616 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 094 | 00/00/1987 | Eagan Gardens Plan of Action, Tenant Income Profile | P-AP 006590-6597 | May Offer |
| Pltf Tr. Ex. 095 | 12/29/1990 | Eagan Gardens Real Estate Market Value Appraisal of 144 Units Eagan Gardens Apartments | P-AP 006617-6712 | Expect to Offer |
| Pltf Tr. Ex. 096 | 7/13/1993 | Eagan Gardens Notice of Intent | MIN0090001-90008 | Expect to Offer |
| Pltf Tr. Ex. 097 | 3/9/1994 | Eagan Gardens Multifamily Servicing Fannie Mae | P-AP 006612 | Expect to Offer |
| Pltf Tr. Ex. 098 | 5/30/1994 | Eagan Gardens Complete Retrospective Appraisal | DX 507 | Expect to Offer |
| Pltf Tr. Ex. 099 | 8/16/1994 | Eagan Gardens Loan # 1-22-755658-3 | P-AP 006610-6611 | Expect to Offer |
| Pltf Tr. Ex. 100 | 8/29/1994 | Eagan Gardens Plan of Action Schedule J | P-AP 006602 | May Offer |
| Pltf Tr. Ex. 101 | 8/29/1994 | Eagan Gardens Plan of Action Schedule A | P-AP 006578 | May Offer |
| Pltf Tr. Ex. 102 | 8/29/1994 | Eagan Gardens Plan of Action Schedule F | P-AP 006598 | May Offer |
| Pltf Tr. Ex. 103 | 8/29/1994 | Eagan Gardens Plan of Action Schedule G | P-AP 006599 | May Offer |
| Pltf Tr. Ex. 104 | 8/29/1994 | Eagan Gardens Plan of Action Schedule I | P-AP 006601 | May Offer |
| Pltf Tr. Ex. 105 | 8/29/1994 | Eagan Gardens Low Income Housing Tax Credit Certification | P-AP 006581 | May Offer |
| Pltf Tr. Ex. 106 | 8/29/1994 | Eagan Gardens Plan of Action Schedule H | P-AP 006600 | May Offer |
| Pltf Tr. Ex. 107 | 8/29/1994 | Eagan Gardens Plan of Action | P-AP 006603-6604 | May Offer |
| Pltf Tr. Ex. 108 | 8/29/1994 | Eagan Gardens Plan of Action Schedule B | P-AP 006579-6580 | May Offer |
| Pltf Tr. Ex. 109 | 8/29/1994 | Eagan Gardens Plan of Action to Extend Low Income Affordability Restrictions and Retain Ownership of property | P-AP 006574-6577 | Expect to Offer |
| Pltf Tr. Ex. 110 | 8/31/1994 | Eagan Gardens In March 1994, after talking to Flora Chavez | P-AP 006609 | Expect to Offer |
| Pltf Tr. Ex. 111 | 9/14/1994 | Eagan Gardens letter from Fannie mae | P-AP 006606-6608 | Expect to Offer |
| Pltf Tr. Ex. 112 | 9/28/1994 | Eagan Gardens Prepayment of Principle of $70,000 | P-AP 006605 | Expect to Offer |
| Pltf Tr. Ex. 113 | 9/29/1994 | Eagan Gardens Receipt of Plan of Action | P-AP 006573 | Expect to Offer |
| Pltf Tr. Ex. 114 | 11/18/1994 | Eagan Gardens Title VI Preservation Value | P-AP 006553-6556 | Expect to Offer |
| Pltf Tr. Ex. 115 | 11/21/1994 | Eagan Gardens Plan of Action | P-AP 006559-6567 | Expect to Offer |
| Pltf Tr. Ex. 116 | 11/22/1994 | Eagan Gardens Plan of Action | P-AP 006558 | Expect to Offer |
| Pltf Tr. Ex. 117 | 11/23/1994 | Eagan Gardens Plan of Action | P-AP 006557 | May Offer |
| Pltf Tr. Ex. 118 | 00/00/0000 | Hopkins Village legal description | G_AP04064 | May Offer |
| Pltf Tr. Ex. 119 | 00/00/0000 | Hopkins Village Reservation of Rent Supplement | G_AP04782 | May Offer |
| Pltf Tr. Ex. 120 | 00/00/0000 | Hopkins Village letter from HUD | G_AP04765-4766 | May Offer |
| Pltf Tr. Ex. 121 | 00/00/0000 | Hopkins Village Capital Needs Assessment | P-AP 013569-13572 | May Offer |
| Pltf Tr. Ex. 122 | 00/00/0000 | Hopkins Village Captial Needs Assessment | P-AP 012557-12563 | May Offer |
| Pltf Tr. Ex. 123 | 00/00/0000 | Hopkins Village Summary of Plan of Action | P-AP 013624-13630 | Expect to Offer |
| Pltf Tr. Ex. 124 | 00/00/0000 | Hopkins Village Summary of Plan of Action | P-AP 013576-13584 | May Offer |
| Pltf Tr. Ex. 125 | 00/00/0000 | Hopkins Village Housing Assistance Payments Contract | G_AP03698-3715 | Expect to Offer |
| Pltf Tr. Ex. 126 | 10/16/0000 | Hopkins Village letter from Glasser | P-AP 013734-13742 | May Offer |
| Pltf Tr. Ex. 127 | 10/17/0000 | Hopkins Village Telfax Transmittal Sheet : final | P-AP 013743-13748 | May Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 128 | 3/31/1971 | Hopkins Village Certificate of Limited Partnership Agreement | P-AP 012201-12218 | May Offer |
| Pltf Tr. Ex. 129 | 4/9/1971 | Hopkins Village Mortgage Note | P-AP 012515-12516 | Expect to Offer |
| Pltf Tr. Ex. 130 | 4/9/1971 | Hopkins village Regulatory Agreement for Limited Distribution | P-AP 012220-12231 | Expect to Offer |
| Pltf Tr. Ex. 131 | 4/15/1971 | Hopkins Village Mortgage Note | G_AP03690 | Expect to Offer |
| Pltf Tr. Ex. 132 | 4/15/1971 | Hopkins Village Rider to Mortgage | G_AP03695 | Expect to Offer |
| Pltf Tr. Ex. 133 | 5/17/1971 | Hopkins Village First Amendment to Certificate of Limited Partnership Agreement | P-AP 012196-12200 | May Offer |
| Pltf Tr. Ex. 134 | 8/24/1972 | Hopkins Village Interest Reduction | G_AP05378 | May Offer |
| Pltf Tr. Ex. 135 | 3/28/1975 | Hopkins Village Rent Supplement Contract | G_AP04951 | May Offer |
| Pltf Tr. Ex. 136 | 7/29/1976 | Hopkins Village Reservation of Rent Supplement contract | G_AP04784 | May Offer |
| Pltf Tr. Ex. 137 | 7/30/1982 | Hopkins Village Letter from HUD | G_AP04774-4779 | May Offer |
| Pltf Tr. Ex. 138 | 8/5/1982 | Hopkins Village Letter from HUD | G_AP04762 | May Offer |
| Pltf Tr. Ex. 139 | 8/13/1982 | Hopkins Village Amendatory Contract | G_AP04944 | May Offer |
| Pltf Tr. Ex. 140 | 8/19/1982 | Hopkins Village Letter from HUD | G_AP04934 | May Offer |
| Pltf Tr. Ex. 141 | 9/1/1982 | Hopkins Village Housing Assistance Payments Contract | G_AP04935 | Expect to Offer |
| Pltf Tr. Ex. 142 | 8/12/1987 | Hopkins Village Housing Assistance Payments Contract | G_AP04932 | Expect to Offer |
| Pltf Tr. Ex. 143 | 2/5/1992 | Hopkins Village Housing Assistance Payments Contract | G_AP04930-4931 | Expect to Offer |
| Pltf Tr. Ex. 144 | 2/14/1992 | Hopkins Village Housing Assistance Payments Contract | P-AP 012300-12301 | Expect to Offer |
| Pltf Tr. Ex. 145 | 3/4/1992 | LIHPRA timing Guidelines | P-AP 13938-941 | Expect to Offer |
| Pltf Tr. Ex. 146 | 7/28/1992 | Hopkins Village Letter from HUD | G_AP04771 | May Offer |
| Pltf Tr. Ex. 147 | 8/21/1992 | Hopkins Village Office of Housing | P-AP 012282-12299 | Expect to Offer |
| Pltf Tr. Ex. 148 | 3/26/1993 | Hopkins Village Complete Retrospective Appraisal | DX 508 | Expect to Offer |
| Pltf Tr. Ex. 149 | 2/1/1994 | Hopkins Village Letter to tenants | P-AP 012787 | Expect to Offer |
| Pltf Tr. Ex. 150 | 5/27/1994 | Hopkins Village Letter to HUD | P-AP 013806-13811 | Expect to Offer |
| Pltf Tr. Ex. 151 | 6/7/1994 | Hopkins Village Appraisal Guidelines | P-AP 012835-12840 | Expect to Offer |
| Pltf Tr. Ex. 152 | 6/7/1994 | Hopkins Village Letter from HUD | P-AP 013800-13805 | May Offer |
| Pltf Tr. Ex. 153 | 6/8/1994 | Hopkins Village Certification of Delivery to all Tennants and Posting of Initial Notice of Intent | P-AP 012845-12849 | Expect to Offer |
| Pltf Tr. Ex. 154 | 6/8/1994 | Hopkins Village Certification of Delivery to Tenants Initial | P-AP 013795-13799 | May Offer |
| Pltf Tr. Ex. 155 | 6/10/1994 | Hopkins Village Capital Needs Assessment | P-AP 012841-12844 | May Offer |
| Pltf Tr. Ex. 156 | 6/22/1994 | Hopkins Village Letter to tenants | P-AP 012791-12792 | Expect to Offer |
| Pltf Tr. Ex. 157 | 6/28/1994 | Hopkins Village Real Estate Appraisal | P-AP 012850 | Expect to Offer |
| Pltf Tr. Ex. 158 | 9/9/1994 | Hopkins Village Letter to tenants | P-AP 012788 | Expect to Offer |
| Pltf Tr. Ex. 159 | 6/20/1995 | Hopkins Village Letter enclosing final page of preservation | P-AP 012476 | May Offer |
| Pltf Tr. Ex. 160 | 6/20/1995 | Hopkins Village Preservation Title VI Appraisal | P-AP 013050-13072 | May Offer |
| Pltf Tr. Ex. 161 | 8/2/1995 | Hopkins Village Letter to HUD | P-AP 013765-13783 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 162 | 8/29/1995 | Hopkins Village Letter from Glasser | P-AP 013691 | Expect to Offer |
| Pltf Tr. Ex. 163 | 8/29/1995 | Hopkins Village Letter from Glasser | P-AP 013694 | May Offer |
| Pltf Tr. Ex. 164 | 9/19/1995 | Hopkins Village The LIPRA Program and Its Possible | P-AP 012833-12834 | Expect to Offer |
| Pltf Tr. Ex. 165 | 9/19/1995 | Hopkins Village Letter to Senator Grams | P-AP 013514-13515 | May Offer |
| Pltf Tr. Ex. 166 | 10/12/1995 | Hopkins Village Letter from Glasser | P-AP 013708-13713 | May Offer |
| Pltf Tr. Ex. 167 | 10/23/1995 | Hopkins Village Letter from Minnesota Brokerage Group | P-AP 013722 | May Offer |
| Pltf Tr. Ex. 168 | 10/23/1995 | Hopkins Village Budget | P-AP 013726-13727 | May Offer |
| Pltf Tr. Ex. 169 | 11/7/1995 | Hopkins Village Letter to HUD | P-AP 013621 | Expect to Offer |
| Pltf Tr. Ex. 170 | 11/7/1995 | Hopkins Village Plan of Action Under Title VI of Low-Income Housing Preservation And Residential Homeownership Act of | P-AP 013631-13663 | Expect to Offer |
| Pltf Tr. Ex. 171 | 3/1/1996 | Hopkins Village Letter from HUD | P-AP 013664-13665 | Expect to Offer |
| Pltf Tr. Ex. 172 | 3/1/1996 | Hopkins Village Letter from HUD | P-AP 013463-13473 | May Offer |
| Pltf Tr. Ex. 173 | 3/1/1996 | Hopkins Village Letter from HUD | P-AP 013754-13764 | May Offer |
| Pltf Tr. Ex. 174 | 3/13/1996 | Hopkins Village Revised Plan of Action | P-AP 013585-13586 | Expect to Offer |
| Pltf Tr. Ex. 175 | 3/13/1996 | Hopkins Village Plan of Action Under Title VI of Low-Income Housing Preservation and Residential Homeownership Act of | P-AP 013587-13619 | Expect to Offer |
| Pltf Tr. Ex. 176 | 3/20/1996 | Hopkins Village Letter from Senator Grams | P-AP 013516-13517 | May Offer |
| Pltf Tr. Ex. 177 | 5/22/1996 | Hopkins Village Plan of Action re: request for 241 Loan | P-AP 012825 | Expect to Offer |
| Pltf Tr. Ex. 178 | 5/22/1996 | Hopkins Village Letter from HUD | P-AP 013574 | May Offer |
| Pltf Tr. Ex. 179 | 12/6/1996 | Hopkins Village Letter | P-AP 013389-13393 | May Offer |
| Pltf Tr. Ex. 180 | 4/7/1997 | Hopkins Village Letter from HUD | G_AP04924-4925 | Expect to Offer |
| Pltf Tr. Ex. 181 | 4/8/1997 | Hopkins Village Letter from HUD | G_AP04922-4923 | May Offer |
| Pltf Tr. Ex. 182 | 6/4/1997 | Hopkins Village Potential Prepayment | P-AP 013385 | May Offer |
| Pltf Tr. Ex. 183 | 7/14/1997 | Hopkins Village Letter from HUD | G_AP04921 | Expect to Offer |
| Pltf Tr. Ex. 184 | 7/18/1997 | Hopkins Village Letter from HUD | G_AP04919-4920 | Expect to Offer |
| Pltf Tr. Ex. 185 | 8/21/1997 | Hopkins Village Housing Assistance Payments Contract | P-AP 012497-12514 | Expect to Offer |
| Pltf Tr. Ex. 186 | 8/21/1997 | Hopkins Village Letter from HUD | G_AP04901-4918 | Expect to Offer |
| Pltf Tr. Ex. 187 | 8/22/1997 | Hopkins Village Letter to HUD | P-AP 012272 | Expect to Offer |
| Pltf Tr. Ex. 188 | 9/5/1997 | Hopkins Village Letter from HUD | G_AP04754 | Expect to Offer |
| Pltf Tr. Ex. 189 | 9/5/1997 | Hopkins Village Letter to Residents | P-AP 012259-12262 | May Offer |
| Pltf Tr. Ex. 190 | 9/30/1997 | Hopkins Village Letter from HUD | G_AP04899-4900 | Expect to Offer |
| Pltf Tr. Ex. 191 | 11/5/1997 | Hopkins Village Letter from Senator Grams | P-AP 013507-13508 | Expect to Offer |
| Pltf Tr. Ex. 192 | 11/5/1997 | Hopkins Village Letter from Senator Grams | P-AP 013518-13519 | May Offer |
| Pltf Tr. Ex. 193 | 4/30/1998 | Hopkins Village Letter from HUD | G_AP05826-5827 | Expect to Offer |
| Pltf Tr. Ex. 194 | 5/7/1998 | Hopkins Village letter from HUD | P-AP 012249-12250 | Expect to Offer |
| Pltf Tr. Ex. 195 | 5/14/1998 | Hopkins Village letter to residents | P-AP 012441-12442 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 196 | 5/21/1998 | Hopkins Village Market Survey | P-AP 012316-12321 | Expect to Offer |
| Pltf Tr. Ex. 197 | 5/29/1998 | Hopkins Village Letter to HUD | G_AP04895 | Expect to Offer |
| Pltf Tr. Ex. 198 | 6/2/1998 | Hopkins Village Letter from HUD | G_AP04894 | Expect to Offer |
| Pltf Tr. Ex. 199 | 6/12/1998 | Hopkins Village Letter from HUD | P-AP 012275 | Expect to Offer |
| Pltf Tr. Ex. 200 | 6/12/1998 | Hopkins Village Letter from HUD | P-AP 012278-12279 | Expect to Offer |
| Pltf Tr. Ex. 201 | 6/12/1998 | Hopkins Village Letter from HUD | G_AP04888-4889 | May Offer |
| Pltf Tr. Ex. 202 | 6/24/1998 | Hopkins Village Letter from HUD | G_AP04892-4893 | Expect to Offer |
| Pltf Tr. Ex. 203 | 7/1/1998 | Hopkins Village Housing Assistance Payments Contract | P-AP 013520-13538 | May Offer |
| Pltf Tr. Ex. 204 | 7/2/1998 | Hopkins Village Housing Assistance Payments Contract | G_AP04869-4887 | Expect to Offer |
| Pltf Tr. Ex. 205 | 7/13/1998 | Hopkins Village letter to HUD | P-AP 012251-12252 | May Offer |
| Pltf Tr. Ex. 206 | 7/30/1998 | Hopkins Village Media Advisory re: Preservation Law | P-AP 013440-13459 | Expect to Offer |
| Pltf Tr. Ex. 207 | 8/2/1998 | Hopkins Village letter from HUD | P-AP 012547-12556 | Expect to Offer |
| Pltf Tr. Ex. 208 | 9/22/1998 | Hopkins Village Letter from HUD | G_AP04438 | May Offer |
| Pltf Tr. Ex. 209 | 11/2/1998 | Hopkins Village letter from MN Housing Finance Agency | P-AP 012440 | Expect to Offer |
| Pltf Tr. Ex. 210 | 11/2/1998 | Hopkins Village Letter from MN Housing Finance Agency | P-AP 013462 | May Offer |
| Pltf Tr. Ex. 211 | 11/2/1998 | Hopkins Village Letter from MN Housing Finance Agency | G_AP03594-3595 | May Offer |
| Pltf Tr. Ex. 212 | 11/19/1998 | Hopkins Village Agreement of Understanding | G_AP03596 | May Offer |
| Pltf Tr. Ex. 213 | 11/19/1998 | Hopkins Village Housing Assistance Payments Contract | G_AP04850-4868 | Expect to Offer |
| Pltf Tr. Ex. 214 | 1/7/1999 | Hopkins Village Letter from MN Housing Finance Agency | G_AP03575-3593 | Expect to Offer |
| Pltf Tr. Ex. 215 | 1/8/1999 | Hopkins Village Letter to HUD | G_AP03610 | May Offer |
| Pltf Tr. Ex. 216 | 1/11/1999 | Hopkins Village Resolution of the General Partners of Hopkins Village Apartments | P-AP 013461 | May Offer |
| Pltf Tr. Ex. 217 | 1/11/1999 | Hopkins Village Letter to HUD | G_AP03609 | May Offer |
| Pltf Tr. Ex. 218 | 1/11/1999 | Hopkins Village Purchase Agreement | G_AP03520-3556 | May Offer |
| Pltf Tr. Ex. 219 | 1/11/1999 | Hopkins Village Apartments and Community Housing Development Corporation Purchase Agreement | P-AP 012402-12439 | Expect to Offer |
| Pltf Tr. Ex. 220 | 1/13/1999 | Hopkins Village Memo regarding purchase agreement | G_AP03599 | May Offer |
| Pltf Tr. Ex. 221 | 2/10/1999 | Hopkins Village Construction Contract | G_AP04206-4216 | May Offer |
| Pltf Tr. Ex. 222 | 2/11/1999 | Hopkins Village Legal Description | G_AP04057 | May Offer |
| Pltf Tr. Ex. 223 | 2/11/1999 | Hopkins Village Application for Multifamily Housing Project | G_AP02878-2882 | May Offer |
| Pltf Tr. Ex. 224 | 2/11/1999 | Hopkins Village Application for Multifamily Housing Project | G_AP02883-2887 | May Offer |
| Pltf Tr. Ex. 225 | 2/17/1999 | Hopkins Village Payoff Statement | P-AP 012372 | May Offer |
| Pltf Tr. Ex. 226 | 2/19/1999 | Hopkins Village Apts Market Rental Analysis | P-AP 012322-12345 | Expect to Offer |
| Pltf Tr. Ex. 227 | 2/25/1999 | Hopkins Village Letter from MN Housing Finance | G_AP04114 | May Offer |
| Pltf Tr. Ex. 228 | 03/00/1999 | Hopkins Village Mortgage | G_AP05398-5404 | May Offer |
| Pltf Tr. Ex. 229 | 3/1/1999 | Hopkins Village Mortgage Note | G_AP03951 | May Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 230 | 3/1/1999 | Hopkins Village Mortgage Note | G_AP05387 | May Offer |
| Pltf Tr. Ex. 231 | 3/1/1999 | Hopkins Village Mortgagor's Oath | G_AP05472 | May Offer |
| Pltf Tr. Ex. 232 | 3/1/1999 | Hopkins Village Regulatory Agreement | G_AP05390-5397 | May Offer |
| Pltf Tr. Ex. 233 | 3/1/1999 | Hopkins Village Second Mortgage | G_AP03954-3961 | May Offer |
| Pltf Tr. Ex. 234 | 3/1/1999 | Hopkins Village Security Agreement | G_AP03966-3974 | May Offer |
| Pltf Tr. Ex. 235 | 3/10/1999 | Hopkins Village Commitment to Insure upon Completion | G_AP03931-3941 | May Offer |
| Pltf Tr. Ex. 236 | 3/10/1999 | Hopkins Village Certificate of Morgagee, Morgagor and | G_AP03991-4011 | May Offer |
| Pltf Tr. Ex. 237 | 3/11/1999 | Hopkins Village Letter to HUD | G_AP03929-3930 | May Offer |
| Pltf Tr. Ex. 238 | 3/15/1999 | Hopkins Village Loan Pay-Off for Hopkins Village Apartments | P-AP 012373 | May Offer |
| Pltf Tr. Ex. 239 | 3/17/1999 | Hopkins Village Letter from HUD | G_AP05413 | May Offer |
| Pltf Tr. Ex. 240 | 3/17/1999 | Hopkins Village Letter from HUD | G_AP03915-3920 | May Offer |
| Pltf Tr. Ex. 241 | 3/17/1999 | Hopkins Village Building Loan Agreement | G_AP04180-4205 | May Offer |
| Pltf Tr. Ex. 242 | 3/22/1999 | Hopkins Village Payoff Statement | P-AP 012371 | May Offer |
| Pltf Tr. Ex. 243 | 3/23/1999 | Hopkins Village Mortgage Statement for Loan Guarantees and Loan Insurance | G_AP05490 | May Offer |
| Pltf Tr. Ex. 244 | 3/23/1999 | Hopkins Village Mortgage Note | G_AP04260-4263 | May Offer |
| Pltf Tr. Ex. 245 | 3/23/1999 | Hopkins Village MN Housing Combination Morgage, Security Agreement and Fixture Financing Statement | G_AP04264-4279 | May Offer |
| Pltf Tr. Ex. 246 | 3/24/1999 | Hopkins Village Assignment of HAP Contract Agreement | G_AP03962-3965 | May Offer |
| Pltf Tr. Ex. 247 | 3/24/1999 | Hopkins Village Termination of Regulatory Agreement | G_AP05405-5412 | May Offer |
| Pltf Tr. Ex. 248 | 3/25/1999 | Hopkins Village Housing Assistnace Payments Renewal | G_AP04791 | May Offer |
| Pltf Tr. Ex. 249 | 3/25/1999 | Hopkins Village Payment Bond | G_AP04247-4250 | May Offer |
| Pltf Tr. Ex. 250 | 3/25/1999 | Hopkins Village Performance Bond Dual Obligee | G_AP04243-4246 | May Offer |
| Pltf Tr. Ex. 251 | 3/25/1999 | Hopkins Village Policy of Insurance | G_AP05447-5458 | May Offer |
| Pltf Tr. Ex. 252 | 3/25/1999 | Hopkins Village Master Disbursement Agreement | G_AP04073-4085 | May Offer |
| Pltf Tr. Ex. 253 | 3/25/1999 | Hopkins Village Section 8 Contract Renewal File | G_AP04802-4846 | May Offer |
| Pltf Tr. Ex. 254 | 3/31/1999 | Hopkins Village Request for Contract Renewal | G_AP04797-4801 | May Offer |
| Pltf Tr. Ex. 255 | 3/2/2000 | Hopkins Village Letter to HUD | G_AP04719-4722 | May Offer |
| Pltf Tr. Ex. 256 | 3/8/2000 | Hopkins Village Project Owner's Certification | G_AP05805-5812 | May Offer |
| Pltf Tr. Ex. 257 | 10/16/2000 | Hopkins Village Letter from MN Housing Finance | G_AP04717-4718 | May Offer |
| Pltf Tr. Ex. 258 | 1/13/2001 | Hopkins Village Letter from MN Housing Finance | G_AP04715-4716 | May Offer |
| Pltf Tr. Ex. 259 | 1/22/2001 | Hopkins Village Letter to MN Housing Finance | G_AP04707-4714 | May Offer |
| Pltf Tr. Ex. 260 | 3/22/2001 | Hopkins Village Letter from MN Housing Finance Agency | G_AP04680 | May Offer |
| Pltf Tr. Ex. 261 | 8/21/2001 | Hopkins Village Letter to HUD | G_AP02331-2332 | May Offer |
| Pltf Tr. Ex. 262 | 12/5/2002 | Hopkins Village Letter from HUD | G_AP05656-5666 | May Offer |
| Pltf Tr. Ex. 263 | 6/5/2003 | Hopkins Village Letter from HUD | G_AP02273 | May Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 264 | 6/5/2003 | Hopkins Village Letter from HUD | G_AP02272 | May Offer |
| Pltf Tr. Ex. 265 | 9/19/2003 | Hopkins Village Letter from MN Housing Finance Agency | G_AP04442 | May Offer |
| Pltf Tr. Ex. 266 | 9/24/2003 | Hopkins Village Letter to HUD | G_AP02274-2276 | May Offer |
| Pltf Tr. Ex. 267 | 10/23/2003 | Hopkins Village Letter from HUD | G_AP02269-2271 | May Offer |
| Pltf Tr. Ex. 268 | 11/4/2003 | Hopkins Village Letter to MN Housing Finance Agency | G_AP04575 | May Offer |
| Pltf Tr. Ex. 269 | 12/4/2003 | Hopkins Village Letter from HUD | G_AP02984-2991 | May Offer |
| Pltf Tr. Ex. 270 | 12/4/2003 | Hopkins Village Letter from HUD | G_AP05639-5648 | May Offer |
| Pltf Tr. Ex. 271 | 12/16/2003 | Hopkins Village Letter from HUD | G_AP04402-4404 | May Offer |
| Pltf Tr. Ex. 272 | 2/6/2004 | Hopkins Village Letter form MN Housing Finance Agency | G_AP04551-4553 | May Offer |
| Pltf Tr. Ex. 273 | 2/21/2004 | Project Based Section 8 Housing Assistance Payments basic Renewal Contract | G_AP04531-4550 | May Offer |
| Pltf Tr. Ex. 274 | 2/27/2004 | Hopkins Village | G_AP02967-2979 | May Offer |
| Pltf Tr. Ex. 275 | 3/29/2004 | Hopkins Village Letter from HUD | G_AP03160-3162 | May Offer |
| Pltf Tr. Ex. 276 | 4/22/2004 | Hopkins Village Letter from HUD | G_AP04968-4971 | May Offer |
| Pltf Tr. Ex. 277 | 5/20/2004 | Hopkins Village Letter to HUD | G_AP03105-3107 | May Offer |
| Pltf Tr. Ex. 278 | 5/26/2004 | Hopkins Village Letter from HUD | G_AP04524-4525 | May Offer |
| Pltf Tr. Ex. 279 | 5/27/2004 | Hopkins Village Letter from HUD | G_AP04513-4522 | May Offer |
| Pltf Tr. Ex. 280 | 6/1/2004 | Hopkins Village HUD memo to file | G_AP04523 | May Offer |
| Pltf Tr. Ex. 281 | 7/13/2004 | Hopkins Village report of excess income | G_AP02267 | May Offer |
| Pltf Tr. Ex. 282 | 12/7/1993 | Morningside / Winona letter from HUD | P-AP 008378 | Expect to Offer |
| Pltf Tr. Ex. 283 | 00/00/0000 | Morningside Notice of Intent to Prepay | G_AP14388 | Expect to Offer |
| Pltf Tr. Ex. 284 | 00/00/0000 | Morningside Letter from Weis re: Capital Needs Assessment | P-AP 009566 | May Offer |
| Pltf Tr. Ex. 285 | 00/00/0000 | Morningside letter from HUD | G_AP14181-14188 | Expect to Offer |
| Pltf Tr. Ex. 286 | 00/00/0000 | Morningside First Amended Partnership Agreement | G_AP13538-13578 | May Offer |
| Pltf Tr. Ex. 287 | 00/00/0000 | Morningside Capital Needs Assessment | P-AP 009378 | May Offer |
| Pltf Tr. Ex. 288 | 10/00/0000 | Morningside Plan of Action - Preliminary Approval | P-AP 005449-5460 | Expect to Offer |
| Pltf Tr. Ex. 289 | 8/20/1971 | Morningside Commitment for Insurance of Advances | G_AP14107-14111 | Expect to Offer |
| Pltf Tr. Ex. 290 | 11/25/1992 | Morningside Status letter from Weis Management | P-AP 008912-8918 | Expect to Offer |
| Pltf Tr. Ex. 291 | 12/27/1992 | Morningside Notice of Intent to Prepay Mortgage | P-AP 008136 | Expect to Offer |
| Pltf Tr. Ex. 292 | 12/27/1992 | Morningside Complete Retrospective Appraisal | DX 509 | Expect to Offer |
| Pltf Tr. Ex. 293 | 3/30/1993 | Morningside FHA Project # 092 - 44066 | P-AP 008217 | May Offer |
| Pltf Tr. Ex. 294 | 6/1/1993 | Morningside Terrace Winona, Minnesota | P-AP 009001-9002 | Expect to Offer |
| Pltf Tr. Ex. 295 | 6/1/1993 | Morningside Plan of Action Title II - | P-AP 008197-8204 | Expect to Offer |
| Pltf Tr. Ex. 296 | 3/7/1994 | Morningside letter from HUD | P-AP 008345-8347 | Expect to Offer |
| Pltf Tr. Ex. 297 | 3/16/1994 | Morningside Plan of Action Title II | P-AP 008336-8344 | Expect to Offer |
| Pltf Tr. Ex. 298 | 6/8/1994 | Morningside Preliminary approval for Plan of action for subject | P-AP 008332 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 299 | 10/25/1994 | Tenant Notice & Summary of Plan of Action Transactions | P-AP 008246-8249 | Expect to Offer |
| Pltf Tr. Ex. 300 | 3/27/1995 | Morningside letter to Weiss Management | P-AP 009623-9632 | May Offer |
| Pltf Tr. Ex. 301 | 5/1/1995 | Morningside Mortgage Note | P-AP 009230-9232 | Expect to Offer |
| Pltf Tr. Ex. 302 | 5/1/1995 | Morningside Security Agreement | P-AP 009216-9221 | May Offer |
| Pltf Tr. Ex. 303 | 5/1/1995 | Morningside / Winona Mortgage | P-AP 005520-5527 | Expect to Offer |
| Pltf Tr. Ex. 304 | 5/1/1995 | Regulatory Agreement for Multifamily Housing Projects | P-AP 009159-9166 | Expect to Offer |
| Pltf Tr. Ex. 305 | 5/3/1995 | Morningside Commitment to Insure upon Completion | P-AP 009659-9664 | May Offer |
| Pltf Tr. Ex. 306 | 5/3/1995 | Morningside Request for Endorsement of Credit Instrument Certificate of Mortgage | P-AP 009205-9211 | May Offer |
| Pltf Tr. Ex. 307 | 5/15/1995 | Morningside Revised Commitment to Insure upon Completion | G_AP13930-13940 | May Offer |
| Pltf Tr. Ex. 308 | 5/15/1995 | Morningside / Winona Manor letter from Glaser | P-AP 009185-9186 | May Offer |
| Pltf Tr. Ex. 309 | 5/15/1995 | Morningside Letter from HUD revied committment to insure upon completion section 241 (P) | P-AP 009188-9197 | May Offer |
| Pltf Tr. Ex. 310 | 5/16/1995 | Morningside Letter from City of Winona | P-AP 009612 | May Offer |
| Pltf Tr. Ex. 311 | 5/16/1995 | Morningside letter from Fannie Mae | P-AP 009274 | May Offer |
| Pltf Tr. Ex. 312 | 5/16/1995 | Morningside Letter from HUD | P-AP 008192-8193 | May Offer |
| Pltf Tr. Ex. 313 | 5/17/1995 | Re: Glaser agrees to provide permanent loan financing to | P-AP 009172-9178 | May Offer |
| Pltf Tr. Ex. 314 | 5/17/1995 | Morningside Amendment to Amended Existing Regulatory | P-AP 005543-5448 | Expect to Offer |
| Pltf Tr. Ex. 315 | 5/17/1995 | Morningside Use Agreement and Amendment of Regulatory | G_AP13960-13971 | Expect to Offer |
| Pltf Tr. Ex. 316 | 5/17/1995 | Morningside Use Agreement and Amendment of Regulatory | P-AP 005431-5442 | May Offer |
| Pltf Tr. Ex. 317 | 5/17/1995 | Morningside Amendment to First Amended Partnership | G_AP13517-13529 | May Offer |
| Pltf Tr. Ex. 318 | 5/18/1995 | Morningside FHA Closing Documents Project No.092-4102 May 18, 1995 241 (F) Program | P-AP 005534 | May Offer |
| Pltf Tr. Ex. 319 | 5/18/1995 | Morningside Mortgagor's Oath | P-AP 009212-9214 | May Offer |
| Pltf Tr. Ex. 320 | 5/18/1995 | Morningside Request for endorsement of credit instrument Certificate of Mortgagee, mortgagor and general contractor | P-AP 009240-9249 | May Offer |
| Pltf Tr. Ex. 321 | 6/30/1999 | Morningside Market Rent Analysis | P-AP 005461-5481 | Expect to Offer |
| Pltf Tr. Ex. 322 | 8/30/1999 | Morningside letter from HUD | P-AP 008772 | May Offer |
| Pltf Tr. Ex. 323 | 2/8/2000 | Morningside Letter from HUD | G_AP13215-13216 | May Offer |
| Pltf Tr. Ex. 324 | 3/3/2000 | Morningside Letter from HUD | G_AP13213-13214 | May Offer |
| Pltf Tr. Ex. 325 | 3/13/2000 | Morningside Letter to HUD | G_AP13210 | Expect to Offer |
| Pltf Tr. Ex. 326 | 3/16/2000 | Morningside Letter from HUD | G_AP13203 | Expect to Offer |
| Pltf Tr. Ex. 327 | 4/26/2000 | Morningside Letter from HUD | G_AP13201-13202 | Expect to Offer |
| Pltf Tr. Ex. 328 | 6/28/2000 | Morningside Letter from HUD | G_AP13199-13200 | Expect to Offer |
| Pltf Tr. Ex. 329 | 12/4/2001 | Morningside Letter from HUD | G_AP13444-13447 | Expect to Offer |
| Pltf Tr. Ex. 330 | 00/00/2002 | Morningside Preservation Renewal contract | G_AP13104-13141 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 331 | 10/8/2002 | Morningside Letter from HUD | G_AP13441-13443 | Expect to Offer |
| Pltf Tr. Ex. 332 | 5/19/2003 | Morningside Letter to MN Housing | G_AP13098-13101 | Expect to Offer |
| Pltf Tr. Ex. 333 | 5/21/2003 | Morningside Letter from HUD | G_AP13586-13614 | May Offer |
| Pltf Tr. Ex. 334 | 5/28/2003 | Morningside Preservation Renewal Contract | G_AP13068-13097 | Expect to Offer |
| Pltf Tr. Ex. 335 | 11/5/2003 | Morningside Letter from HUD | G_AP13438-13440 | Expect to Offer |
| Pltf Tr. Ex. 336 | 2/24/2004 | Morningside Rent Comparability Study | P-AP 005482-5505 | Expect to Offer |
| Pltf Tr. Ex. 337 | 3/19/2004 | Morningside Letter from HUD | G_AP13738 | Expect to Offer |
| Pltf Tr. Ex. 338 | 9/22/1993 | Morningside Rochester Square Cover letter for POA | P-AP 004561 | Expect to Offer |
| Pltf Tr. Ex. 339 | 9/20/1971 | Morningside / Winona Mortgage | P-AP 008223-8224 | Expect to Offer |
| Pltf Tr. Ex. 340 | 12/14/1971 | Morningside / Winona Mortgage Note | P-AP 008221-8222 | Expect to Offer |
| Pltf Tr. Ex. 341 | 00/00/0000 | Rochester Square Capital Needs Assessment | P-AP 009874-9875 | May Offer |
| Pltf Tr. Ex. 342 | 00/00/0000 | Rochester Square Capital Needs Assessment | P-AP 009893-9894 | May Offer |
| Pltf Tr. Ex. 343 | 00/00/0000 | Rochester Square Preservation Captial Needs Assessment | P-AP 009564-9565 | May Offer |
| Pltf Tr. Ex. 344 | 00/00/0000 | Rochester Square Letter from HUD | P-AP 009870-9873 | May Offer |
| Pltf Tr. Ex. 345 | 00/00/0000 | Rochester Square Legal Description of Property | P-AP 009817-9820 | May Offer |
| Pltf Tr. Ex. 346 | 00/00/0000 | Rochester Square Plan of Action Title II | P-AP 004562-4569 | Expect to Offer |
| Pltf Tr. Ex. 347 | 9/25/1970 | Rochester Square FHA Form no. 2433 Mortgagor's Certificate | G_AP10783-10784 | Expect to Offer |
| Pltf Tr. Ex. 348 | 10/1/1970 | Rochester Square Mortgage Note | G_AP10775-10776 | Expect to Offer |
| Pltf Tr. Ex. 349 | 10/1/1970 | Rochester Square Mortgage Note | P-AP 008488-8489 | May Offer |
| Pltf Tr. Ex. 350 | 10/1/1970 | Rochester Square Mortgagee's Certificate | G_AP10779-10782 | Expect to Offer |
| Pltf Tr. Ex. 351 | 10/1/1970 | Rochester Square Amendment to amended existing | G_AP10671-10675 | Expect to Offer |
| Pltf Tr. Ex. 352 | 10/1/1970 | Rochester Square Mortgage | P-AP 008230-8235 | May Offer |
| Pltf Tr. Ex. 353 | 10/1/1970 | Rochester Square Mortgage | G_AP10768-10774 | Expect to Offer |
| Pltf Tr. Ex. 354 | 10/1/1970 | Rochester Square FHA Form no. 3136 Regulatory Agreement for Limited Distribution Mortgagor's | G_AP10754-10763 | Expect to Offer |
| Pltf Tr. Ex. 355 | 9/25/1971 | Rochester Square FHA Form no. 2432 Commitment for Insurance of Advances | G_AP10731-10744 | Expect to Offer |
| Pltf Tr. Ex. 356 | 12/17/1971 | Rochester Square Maximum Insurable Mortgage | G_AP10730 | Expect to Offer |
| Pltf Tr. Ex. 357 | 2/22/1972 | Rochester Square Notification Agreement | G_AP10764-10767 | Expect to Offer |
| Pltf Tr. Ex. 358 | 10/11/1972 | Rochester Square Department of Housing and Urban | G_AP10049-10060 | May Offer |
| Pltf Tr. Ex. 359 | 8/11/1982 | Rochester Square Housing Assistance Payments Contract | G_AP10039-10047 | Expect to Offer |
| Pltf Tr. Ex. 360 | 12/28/1990 | Rochester Square Notice of Intent to Prepay Mortgage | P-AP 008640 | Expect to Offer |
| Pltf Tr. Ex. 361 | 12/28/1990 | Rochester Square Notice of Intent to prepay mortgage | P-AP 008487 | May Offer |
| Pltf Tr. Ex. 362 | 3/21/1991 | Rochester Square letter from Weis Management | P-AP 009904 | May Offer |
| Pltf Tr. Ex. 363 | 3/14/1992 | Rochester Square Notice of Intent to Prepay Mortgage | P-AP 009923 | Expect to Offer |
| Pltf Tr. Ex. 364 | 3/15/1992 | Rochester Square Complete Retrospective Appraisal | DX 510 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 365 | 5/8/1992 | Rochester Square letter to First Bank | P-AP 009079 | Expect to Offer |
| Pltf Tr. Ex. 366 | 5/15/1992 | Rochester Square letter from HUD | P-AP 009924 | Expect to Offer |
| Pltf Tr. Ex. 367 | 6/9/1992 | Rochester Square Authoriztion to increase the rents on subject project to following levels | P-AP 010009-10012 | May Offer |
| Pltf Tr. Ex. 368 | 6/11/1992 | Rochester Square Letter from HUD | G_AP10335-10336 | Expect to Offer |
| Pltf Tr. Ex. 369 | 6/12/1992 | Rochester Square Letter from HUD | G_AP10334 | May Offer |
| Pltf Tr. Ex. 370 | 6/17/1992 | Rochester Square HUD form 9610 | G_AP10332 | Expect to Offer |
| Pltf Tr. Ex. 371 | 6/17/1992 | Rochester Square Memorandum for File | G_AP14310 | Expect to Offer |
| Pltf Tr. Ex. 372 | 6/17/1992 | Rochester Square HUD form 9610 Notice of Elect to Proceed | P-AP 010014-10016 | Expect to Offer |
| Pltf Tr. Ex. 373 | 6/18/1992 | Rochester Square June 14 1992 Attched amended Notice of Election to Proceed | G_AP10331 | Expect to Offer |
| Pltf Tr. Ex. 374 | 8/26/1992 | Rochester Square and Morningside letter from First Banks enclosed is a copy of the summary | P-AP 009072-9075 | Expect to Offer |
| Pltf Tr. Ex. 375 | 9/10/1992 | Rochester Square Letter from HUD | P-AP 009917 | May Offer |
| Pltf Tr. Ex. 376 | 12/27/1992 | Rochester Square Exhibit 1 Intent to Prepay Mortgage | P-AP 008853-8855 | Expect to Offer |
| Pltf Tr. Ex. 377 | 3/30/1993 | Rochester Square FHA Project # 092 - 44015 | P-AP 008479 | Expect to Offer |
| Pltf Tr. Ex. 378 | 3/30/1993 | Rochester Square FHA Project # 092 - 44015 | P-AP 008478 | May Offer |
| Pltf Tr. Ex. 379 | 3/30/1993 | Rochester SFHA Project # 092 - 44015 | P-AP 008477 | May Offer |
| Pltf Tr. Ex. 380 | 4/2/1993 | Rochester Square Apts. | P-AP 008483 | Expect to Offer |
| Pltf Tr. Ex. 381 | 4/2/1993 | Rochester Square Housing And Development Authority Of Rochester Minnesota | P-AP 008482 | Expect to Offer |
| Pltf Tr. Ex. 382 | 4/14/1993 | Rochester Square Olmsted Community Housing Partnership | P-AP 008480 | Expect to Offer |
| Pltf Tr. Ex. 383 | 4/20/1993 | Rochester Square letter from City of Rochester | P-AP 008481 | Expect to Offer |
| Pltf Tr. Ex. 384 | 6/1/1993 | Rochester Square Rochester, Minnesota | P-AP 009003-9004 | Expect to Offer |
| Pltf Tr. Ex. 385 | 07/00/1993 | Rochester Square Plan of Action Tittle 2 Rochester Square | P-AP 008461-8469 | Expect to Offer |
| Pltf Tr. Ex. 386 | 8/16/1993 | Rochester Square Letter from HUD re: POA | P-AP 008634-8635 | Expect to Offer |
| Pltf Tr. Ex. 387 | 8/17/1993 | Rochester Square Plan of action Recieved | G_AP14295-14296 | Expect to Offer |
| Pltf Tr. Ex. 388 | 9/2/1993 | Rochester Square letter from Weis Management Update on | G_AP10311-10323 | Expect to Offer |
| Pltf Tr. Ex. 389 | 9/22/1993 | Rochester Square Cover letter for POA | P-AP 008392 | May Offer |
| Pltf Tr. Ex. 390 | 9/22/1993 | Rochester Square letter to HUD | G_AP10340-10344 | Expect to Offer |
| Pltf Tr. Ex. 391 | 10/1/1993 | Rochester Square Repsonse to information received in your | P-AP 008633 | Expect to Offer |
| Pltf Tr. Ex. 392 | 10/14/1993 | Rochester Square Capital Needs Assessment | G_AP10305-10307 | May Offer |
| Pltf Tr. Ex. 393 | 11/3/1993 | Rochester Square Letter from HUD re: Preservation Loan | P-AP 008613-8615 | May Offer |
| Pltf Tr. Ex. 394 | 12/6/1993 | Rochester Square Reviewed Plan of Action and found | G_AP10339 | May Offer |
| Pltf Tr. Ex. 395 | 12/6/1993 | Rochester Square Letter from HUD | P-AP 008626 | Expect to Offer |
| Pltf Tr. Ex. 396 | 12/9/1993 | Rochester Square Letter to HUD | P-AP 008627 | Expect to Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 397 | 12/9/1993 | Rochester Square Tittle II Preservation Appraisal | G_AP10381-10382 | Expect to Offer |
| Pltf Tr. Ex. 398 | 12/9/1993 | Rochester Square RE:Title II Preservation Apprraisal | P-AP 008620-8621 | May Offer |
| Pltf Tr. Ex. 399 | 12/23/1993 | Rochester Square Title II preservation POA | G_AP10273-10274 | Expect to Offer |
| Pltf Tr. Ex. 400 | 3/8/1994 | Rochester Square letter from HUD | P-AP 008458-8460 | Expect to Offer |
| Pltf Tr. Ex. 401 | 3/8/1994 | Rochester Square Letter from HUD | P-AP 008610-8612 | May Offer |
| Pltf Tr. Ex. 402 | 3/16/1994 | Rochester Square Plan of Action - Title II | P-AP 008449-8457 | Expect to Offer |
| Pltf Tr. Ex. 403 | 3/17/1994 | Rochester Square Plan of Action titl II Rochester Square | G_AP10260-10267 | May Offer |
| Pltf Tr. Ex. 404 | 4/14/1994 | Rochester Square letter | P-AP 009861 | Expect to Offer |
| Pltf Tr. Ex. 405 | 4/14/1994 | Rochester Square draft RE: FHA 241(f) Insured | P-AP 009864-9865 | May Offer |
| Pltf Tr. Ex. 406 | 6/15/1994 | Rochester Square Preliminary approval for Plan of Action for sujbect property | P-AP 008607 | Expect to Offer |
| Pltf Tr. Ex. 407 | 6/16/1994 | Rochester Square Letter from SE MN Housing re: POA | G_AP10214-10217 | Expect to Offer |
| Pltf Tr. Ex. 408 | 6/28/1994 | Rochester Square Letter from HUD | G_AP14199 | Expect to Offer |
| Pltf Tr. Ex. 409 | 6/29/1994 | Rochester Square and Morningside Terrance re: Title II | P-AP 008601-8606 | May Offer |
| Pltf Tr. Ex. 410 | 9/2/1994 | Rochester Square letter from HUD | G_AP10202-10203 | May Offer |
| Pltf Tr. Ex. 411 | 9/20/1994 | Rochester Square letter from HUD | G_AP10196-10201 | Expect to Offer |
| Pltf Tr. Ex. 412 | 10/25/1994 | Rochester Square Letter from HUD | G_AP10179-10193 | Expect to Offer |
| Pltf Tr. Ex. 413 | 10/26/1994 | Rochester Square Plan of Action - Preliminary | P-AP 004570-4580 | May Offer |
| Pltf Tr. Ex. 414 | 4/10/1995 | Rochester Square Letter from HUD | G_AP10651-10654 | May Offer |
| Pltf Tr. Ex. 415 | 4/11/1995 | Rochester Square Memo to file at HUD | G_AP10638-10650 | Expect to Offer |
| Pltf Tr. Ex. 416 | 05/00/1995 | Rochester Square Mortgagee Statement for Loan Guarantees and Loan Insurance | P-AP 009532 | May Offer |
| Pltf Tr. Ex. 417 | 05/00/1995 | Rochester Square Borrower Statement for Loan Guarantees and Loan Insurance | P-AP 009531 | May Offer |
| Pltf Tr. Ex. 418 | 5/1/1995 | Rochester Square Rider to Second Morgage Note | P-AP 009495-9497 | May Offer |
| Pltf Tr. Ex. 419 | 5/1/1995 | Rochester Square Second Mortgage Note | G_AP10690-10692 | Expect to Offer |
| Pltf Tr. Ex. 420 | 5/1/1995 | Rochester Square Mortgage | P-AP 009498-9503 | Expect to Offer |
| Pltf Tr. Ex. 421 | 5/1/1995 | Rochester Square Second Mortgage | P-AP 009423-9429 | May Offer |
| Pltf Tr. Ex. 422 | 5/1/1995 | Rochester Square Security Agreement | G_AP10709-10715 | May Offer |
| Pltf Tr. Ex. 423 | 5/1/1995 | Rochester Square Regulatory Agreement | G_AP10676-10686 | Expect to Offer |
| Pltf Tr. Ex. 424 | 5/1/1995 | Rochester Square Regulatory Agreement for Multifamily Housing Projects - Second Mortgage Note | P-AP 009407-9414 | May Offer |
| Pltf Tr. Ex. 425 | 5/10/1995 | Rochester Square Letter from HUD | P-AP 004597-4599 | May Offer |
| Pltf Tr. Ex. 426 | 5/15/1995 | Rochester Square Apartments Rochester, Minnesota FHA Project #092-41013 | P-AP 009490-9490.01 | May Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 427 | 5/15/1995 | Rochester Square Revised Commitment to Insure Upon Completion Section 241 (F) | P-AP 009458-9466 | May Offer |
| Pltf Tr. Ex. 428 | 5/16/1995 | Rochester Square letter from city of Rochester | G_AP09775 | May Offer |
| Pltf Tr. Ex. 429 | 5/16/1995 | Rochester Square letter from Fannie Mae | G_AP09776 | May Offer |
| Pltf Tr. Ex. 430 | 5/16/1995 | Rochester Square letter from Fannie Mae | P-AP 009541 | May Offer |
| Pltf Tr. Ex. 431 | 5/17/1995 | Rochester Square Amendment to Amended Existing | P-AP 009418-9422 | Expect to Offer |
| Pltf Tr. Ex. 432 | 5/17/1995 | Rochester Square Use Agreement | G_AP10660-10670 | May Offer |
| Pltf Tr. Ex. 433 | 5/17/1995 | Rochester Square letter from Glasser | P-AP 009451-9457 | Expect to Offer |
| Pltf Tr. Ex. 434 | 5/18/1995 | Rochester Square Mortgagee Statement for Loan guarantees | G_AP10705 | May Offer |
| Pltf Tr. Ex. 435 | 5/18/1995 | Rochester Square Mortgagoor's oath | G_AP10706 | May Offer |
| Pltf Tr. Ex. 436 | 5/18/1995 | Rochester Square Owner's Certification | G_AP10707 | May Offer |
| Pltf Tr. Ex. 437 | 5/18/1995 | Rochester Square Request for endorsement of Credit instrument Certificate of Mortgagee, Mortgagor and General | P-AP 009467-9473 | May Offer |
| Pltf Tr. Ex. 438 | 5/18/1995 | Rochester Square Use Agreement and Amendment of Regulatory Agreement | P-AP 004600-4610 | Expect to Offer |
| Pltf Tr. Ex. 439 | 5/18/1995 | Rochester Square Request for endorsement of Credit instrument Certificate of Mortgagee Mortgagor and General | P-AP 009504-9514 | May Offer |
| Pltf Tr. Ex. 440 | 5/12/1997 | Rochester Square letter from HUD | G_AP10574 | May Offer |
| Pltf Tr. Ex. 441 | 6/30/1999 | Rochester Square Market Rental Analysis | P-AP 004862-4887 | Expect to Offer |
| Pltf Tr. Ex. 442 | 8/13/1999 | Rochester Square letter from HUD | G_AP10553-10561 | May Offer |
| Pltf Tr. Ex. 443 | 8/26/1999 | Rochester Square letter from HUD | P-AP 008775 | May Offer |
| Pltf Tr. Ex. 444 | 6/5/2000 | Rochester Square memo from HUD | G_AP09933-9935 | Expect to Offer |
| Pltf Tr. Ex. 445 | 6/13/2000 | Rochester Square Letter from HUD | G_AP09930-9931 | Expect to Offer |
| Pltf Tr. Ex. 446 | 6/30/2000 | Rochester Square Letter from HUD | G_AP09916-9925 | May Offer |
| Pltf Tr. Ex. 447 | 4/18/2001 | Rochester Square Letter from HUD | G_AP09874-9915 | Expect to Offer |
| Pltf Tr. Ex. 448 | 5/4/2001 | Rochester Square Letter from HUD | G_AP10531-10532 | May Offer |
| Pltf Tr. Ex. 449 | 12/4/2001 | Rochester Square Letter from HUD | G_AP09609-9611 | Expect to Offer |
| Pltf Tr. Ex. 450 | 1/3/2002 | Rochester Square Email from HUD | G_AP10523 | Expect to Offer |
| Pltf Tr. Ex. 451 | 10/8/2002 | Rochester Square Letter from HUD | G_AP09606-9608 | Expect to Offer |
| Pltf Tr. Ex. 452 | 1/16/2003 | Rochester Square Letter from HUD | G_AP10491-10494 | Expect to Offer |
| Pltf Tr. Ex. 453 | 11/3/2003 | Rochester Square letter from HUD | G_AP09602-9605 | Expect to Offer |
| Pltf Tr. Ex. 454 | 2/24/2004 | Rochester Square Rent Comparability Study dated 2/24/2004 | P-AP 004888-4918 | Expect to Offer |
| Pltf Tr. Ex. 455 | 3/10/2004 | Rochester Square Letter from HUD | G_AP10481 | Expect to Offer |
| Pltf Tr. Ex. 456 | 9/3/2004 | Rochester Square HUD RCS Review of HAP | G_AP10446-10480 | May Offer |
| Pltf Tr. Ex. 457 | 10/6/1993 | Rochester Square Plans of Action | G_AP14280 | Expect to Offer |
| Pltf Tr. Ex. 458 | 8/4/1971 | Waseca Village Mortgagor's Certificate | P-AP 000559-560 | May Offer |

| Exhibit No. | Date | Description | Bates No. | |
|---|---|---|---|---|
| Pltf Tr. Ex. 459 | 8/4/1971 | Waseca Village Mortgagee's Certificate | P-AP 002363-2366 | May Offer |
| Pltf Tr. Ex. 460 | 8/12/1971 | Waseca Village Consider this Letter as an Amendment | P-AP 000473-490 | May Offer |
| Pltf Tr. Ex. 461 | 8/18/1971 | Waseca Village Limited Partnership Agreement | P-AP 000501-511 | May Offer |
| Pltf Tr. Ex. 462 | 9/1/1971 | Waseca Village Regulatory Agreement for Limited Distribution | P-AP 000491-500 | Expect to Offer |
| Pltf Tr. Ex. 463 | 9/22/1971 | Waseca Village Mortgage Note and Mortgage | P-AP 000464-472 | Expect to Offer |
| Pltf Tr. Ex. 464 | 9/24/1971 | Waseca Village Mortgagor's Oath | P-AP 000561-563 | May Offer |
| Pltf Tr. Ex. 465 | 9/24/1971 | Waseca Village Mortgagee's Certificate | P-AP 000554-558 | May Offer |
| Pltf Tr. Ex. 466 | 12/16/1971 | Waseca Village Amended Limited Partnership Agreemeent | P-AP 002271-2300 | May Offer |
| Pltf Tr. Ex. 467 | 4/27/1984 | Waseca Village Amendments to Regulatory Agreement | P-AP 002256-2258 | Expect to Offer |
| Pltf Tr. Ex. 468 | 5/2/1993 | Waseca Village Complete Retrospective Appraisal | DX 511 | Expect to Offer |
| Pltf Tr. Ex. 469 | 7/1/1994 | Waseca Village Notice of Intent | P-AP 002490-2491 | Expect to Offer |
| Pltf Tr. Ex. 470 | 7/8/1994 | Waseca Village Notice of Intent Response from HUD | P-AP 002492-2495 | Expect to Offer |
| Pltf Tr. Ex. 471 | 8/24/1994 | Waseca Village Market Value Appraisal; August 24, 1994 | P-AP 002602 | Expect to Offer |
| Pltf Tr. Ex. 472 | 4/5/1996 | Waseca Village Letter from HUD re: Notice of Intent | P-AP 002503-2504 | Expect to Offer |
| Pltf Tr. Ex. 473 | 4/10/1996 | Waseca Village Second Notice of Intent | P-AP 002507 | Expect to Offer |
| Pltf Tr. Ex. 474 | 4/11/1996 | Waseca Village Second Notice of Intent | P-AP 002505-2506 | Expect to Offer |
| Pltf Tr. Ex. 475 | 4/9/2002 | Waseca Village Revised Statement - Loan Payoff Statement | P-AP 002487 | Expect to Offer |