**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

APACHE APARTMENTS OF OWATONNA, *et al*.,

Plaintiffs,

**Case No. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

---

**PLAINTIFFS' WITNESS LIST**

In accordance with paragraph 2 of the Court's Order of December 22, 2005 and paragraph 15 of Appendix A to the Rules of the United States Court of Federal Claims, Plaintiffs Apache Apartments of Owatonna, a Limited Partnership, *et al*., submit this list of the fact and expert witnesses they expect to call at the trial of this matter.

1. Paul Arnfelt
1235 Ridge Road
Owatonna, MN 55060

Fact Witness. Mr. Arnfelt is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 3 hours.

2. David Busch
412 18th Street South East
Rochester, MN 55904

Fact Witness. Mr. Busch is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 2 hours.

3. Mark Campbell
8657 22nd Avenue South
Bloomington, MN 55425

Fact Witness. Mr. Campbell is expected to testify about his knowledge of and communications with plaintiffs and their properties. Mr. Campbell will also testify about the nature of the HUD multifamily programs including Sections 236, 221(d)(3) and 8; the development, building and sale of multifamily housing; the policies and practices of HUD with respect to multifamily housing programs; the investment backed expectations of participants in HUD programs; the nature of the government's actions, policies and procedures in the name of housing "preservation," as well as Title II, Title VI, and the HOPE statute; the nature and costs of various options made available pursuant to the "preservation" policy; and the economic impact of the government's actions on HUD program participants. Estimated time for direct examination is 3 hours.

4. William Dockser
11200 Rockville Pike
Rockville, MD 20852

Fact Witness. Mr. Dockser is expected to testify regarding the nature of the HUD multifamily programs including Sections 236, 221(d)(3) and 8; the development, building and sale of multifamily housing; the policies and practices of HUD with respect to multifamily housing programs; the investment backed expectations of participants in HUD programs; the

nature of the government's actions, policies and procedures in the name of housing "preservation," as well as Title II and Title VI; the nature and costs of various options made available pursuant to the "preservation" policy; and the economic impact of the government's actions on HUD program participants. Estimated time for direct examination is 1 hour.

5. Donald Hagen
1589 Highway Seven
Suite 200
Minnetonka, MN 55305

Fact Witness. Mr. Hagen is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 1 hour.

6. Jeffrey Hagen
1589 Highway Seven
Suite 200
Minnetonka, MN 55305

Fact Witness. Mr. Hagen is expected to testify regarding defendant's wrongful actions and the damages suffered by as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 2 hours.

7. Dr. George Karvel
University of St. Thomas
1000 LaSalle Avenue, TMH 153
Minneapolis, MN 55403-2005

Expert Witness. Dr. Karvel is expected to testify regarding his calculations of the damages suffered by each of the plaintiffs as a result of defendant's wrongful actions. Dr. Karvel is also expected to testify regarding the matters set forth in his expert report and any amendments thereto. Dr. Karvel may also testify regarding the expert reports and testimony provided or to be provided by defendant's expert witnesses. Estimated time for direct examination is 6 hours.

8. Timothy Murray
3500 Vicksburg Lane North #324
Plymouth, MN 55447

Fact Witness. Mr. Murray is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 2 hours.

9. Robert Thimmesh
8612 Aldrich Avenue
Bloomington, MN 55420

Fact Witness. Mr. Thimmesh is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 2 hours.

10. Joseph Weiss
Weis Builders
2227 NW 7th Street
Rochester, MN 55901-0206

Fact Witness. Mr. Weiss is expected to testify regarding defendant's wrongful actions and the damages suffered as a result thereof. His testimony is expected to include the decision to enter into the Section 236 program and execute the contracts at issue, the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issue. Estimated time for direct examination is 1 hour.

Plaintiffs reserve the right to call any witness named in the witness list submitted by defendant in this matter and otherwise supplement or amend this list as justice may require. Plaintiffs also reserve the right to call additional impeachment witnesses and to call any witness necessary to lay the foundation for the admissibility of trial exhibits.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Michael Cockson, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: March 28, 2006

M2:20785671.01