IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 96-700C (Judge Block) |

DEFENDANT'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFFS NEW GOLDENDALE HOMES LIMITED PARTNERSHIP AND NEW HOWARD LAKE LIMITED PARTNERSHIP FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH AN ORDER OF THIS COURT

Defendant, the United States, respectfully requests that the Court dismiss the claims of plaintiffs New Goldendale Homes Limited Partnership and New Howard Lake Limited Partnership for failure to prosecute and failure to comply with the Court's December 22, 2005 order. Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC") provides for dismissal upon failure of a plaintiff to prosecute or to comply with any order of the Court. On December 22, 2005, the Court ordered that plaintiffs file their Proposed Findings Of Fact And Conclusions Of Law by March 28, 2006.

Although a Plaintiffs' Proposed Findings Of Fact And Conclusions Of Law was filed with the Court on March 28, 2006, that filing does not mention New Goldendale Homes Limited Partnership or New Howard Lake Limited Partnership. Because that filing does not propose any facts or conclusions of law relating

to New Goldendale Homes Limited Partnership or New Howard Lake Limited Partnership, those plaintiffs have failed to prosecute their claims and have failed to comply with the Court's December 22, 2005 order. Consequently, the claims of those plaintiffs should be dismissed.

For these reasons, the Court should dismiss the claims of New Goldendale Homes Limited Partnership or New Howard Lake Limited Partnership, pursuant to RCFC 41(b).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

March 30, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 30, 2006 the foregoing Defendant’s Motion To Dismiss The Claims Of Plaintiffs New Goldendale Homes Limited Partnership And New Howard Lake Limited Partnership For Failure To Prosecute And Failure To Comply With An Order Of This Court was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail