**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

APACHE APARTMENTS OF OWATONNA, *et al.*,

Plaintiffs,

**Case No. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

---

**AFFIDAVIT OF MARK J. BLANDO**

STATE OF MINNESOTA )
) SS:
COUNTY OF HENNEPIN )

Mark J. Blando, being duly sworn, states:

1. I am a partner with the law firm of Eckland & Blando LLP in Minneapolis, Minnesota. I am an attorney for the plaintiffs in this action.

2. I submit this affidavit in support of Plaintiffs' Response to Defendant's Motion in Limine Regarding Expert Opinion. All facts stated herein are based upon my personal knowledge.

3. Plaintiffs submitted to defendant on March 8, 2005 the Expert Report of George R. Karvel, Ph.D. At that time, the plaintiffs had moved to stay this case based principally on the fact that the parties were awaiting a decision in a number of related cases, including *Chancellor Manor v. United States*, No. 98-39C, and *Cienega Gardens v. United States*, No. 94-1C. As a

result, Dr. Karvel stated in his report and during his subsequent deposition that he intended to amend his report.

4. Plaintiffs also stated in a Joint Status Report filed with the Court on June 8, 2005, that "based in large part on the expected upcoming decisions in related cases, plaintiffs intend to submit an amended report prior to the trial of this matter. Plaintiffs would not object to their expert witness being re-deposed after the amended report is completed, should defendant desire to do so." *See* Joint Status Report of June 8, 2005 at 3, n.2.

5. Counsel for plaintiffs also verbally informed defendant several times that plaintiffs planned to submit an amended expert report from Dr. Karvel after a decision was issued in the related cases of *Chancellor Manor* and *Cienega Gardens*.

6. Prior to completing his amended report in this case, Dr. Karvel had submitted six expert reports in connection with this matter and two closely related cases: his initial report in this case, two prior to trial in *Chancellor Manor*, two in connection with the post-decision proceedings in *Chancellor Manor*, and one in *Sheyenne Development v. United States,* No. 98-755C. Dr. Karvel also was deposed four times in connection with these cases (once in this matter, twice in *Chancellor Manor*, and once recently in *Sheyenne Development*) and testified at trial and at an evidentiary hearing on the plaintiffs' motion to amend the judgment in *Chancellor Manor*.

7. The methodology and assumptions offered by Dr. Karvel in these prior reports and examinations are consistent with his amended report in this matter. In addition, the refinements to his analysis resulting from the decision and final judgment in *Chancellor Manor*, which are reflected in his most recent expert report in that case and his subsequent report in *Sheyenne Development*, are also reflected in his amended report in this case.

8. Plaintiffs have offered to reimburse defendant for any out-of-pocket costs incurred in connection with redeposing Dr. Karvel. Plaintiffs confirmed that offer in an e-mail message dated March 31, 2006, which stated that plaintiffs would "compensate defendant for any out-of-pocket costs incurred by defendant in connection with deposing Dr. Karvel based on his amended expert report." A true and correct copy of plaintiffs' e-mail message to counsel for defendant is attached hereto as Exhibit A.

9. Both parties identified on the witness lists exchanged on March 14, 2006 at least one witness that had not been previously disclosed. One of those witnesses, identified by defendant, resides in the Minneapolis area, which is where any further deposition of Dr. Karvel would go forward.

THIS CONCLUDES MY AFFIDAVIT.

Dated: April 3, 2006

Mark J. Blando

Subscribed and sworn before me
this 3rd day of April, 2006

Notary Public

ANNA YOUNG SORENSON
Notary Public
Minnesota
My Comm. Expires Jan 31, 2007

**Mark Blando**

**From:** Mark Blando
**Sent:** Friday, March 31, 2006 6:52 PM
**To:** 'Timothy.McIlmail@usdoj.gov'
**Cc:** Jeff Eckland; Roberts, William L.
**Subject:** Apache

Tim,

This will confirm that plaintiffs agree to compensate defendant for any out-of-pocket costs incurred by defendant in connection with deposing Dr. Karvel based on his amended expert report.

Regards,
Mark

**Mark J. Blando**
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402

612-236-0162 (direct) mark@ecklandblando.com
612-305-0179 (fax) www.ecklandblando.com

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

*Eckland & Blando LLP*

EXHIBIT A