**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

APACHE APARTMENTS OF
OWATONNA, *et al*.,

Plaintiffs,

**Case No. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL OF PLAINTIFFS NEW GOLDENDALE HOMES, L.P. AND NEW HOWARD LAKE, L.P.**

Plaintiffs Apache Apartments of Owatonna, *et al*., and defendant the United States hereby stipulate, pursuant to rule 41(a)(1) of the Rules of the United States Court of Federal Claims, that the claims of plaintiffs New Goldendale Homes Limited Partnership (plaintiff no. 3) and New Howard Lake Limited Partnership (plaintiff no. 4) are hereby voluntarily dismissed with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
David S. Laidig, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

**s/Brian M. Simkin** by
**s/Donald E. Kinner**
BRIAN M. SIMKIN
Assistant Director

**s/Timothy P. McIlmail**
TIMOTHY P. MCILMAIL
Trial Attorney

Michael F. Cockson, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

**Filed Electronically**
**with the Consent of the**
**Attorney for Defendant**

Dated: April 17, 2006

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

*Attorneys for Defendant*