**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

APACHE APARTMENTS OF OWATONNA, *et al*.,

Plaintiffs,

**Case No. 96-700C**
**(Judge Block)**

v.

THE UNITED STATES

Defendant.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION**
**TO DISMISS FOR FAILURE TO PROSECUTE**

Plaintiffs Apache Apartments of Owatonna, *et al*., hereby respond to "Defendant's Motion to Dismiss the Claims of New Goldendale Homes Limited Partnership and New Howard Lake Limited Partnership for Failure to Prosecute and Failure to Comply with an Order of this Court," filed on March 30, 2006.

On April 17, 2006 (the date of this filing), plaintiffs and defendant filed a "Joint Stipulation Regarding Voluntary Dismissal of Plaintiffs New Goldendale Homes, L.P. and New Howard Lake, L.P.," pursuant to which the parties stipulated to the dismissal of all claims asserted in this action by the two plaintiffs at issue. As a result, defendant's motion has been rendered moot by the parties' stipulation.

Accordingly, plaintiffs respectfully request that the Court deny defendant's motion to dismiss as moot given the stipulation filed by the parties.

Dated: April 17, 2006

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
Michael F. Cockson, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*