IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, et al., | ) | |
| Plaintiffs, | ) | No. 96-700C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Defendant, the United States, lists the following witnesses whom it expects to present at trial, pursuant to ¶ 3 of the Court's December 22, 2005 order and ¶ 15 of Appendix A to the Rules of the United States Court of Federal Claims.

1. Mark Campbell
   Director, Project Management
   Department of Housing and Urban Development
   Minneapolis Multifamily HUB
   920 Second Avenue South
   Suite 1300
   Minneapolis, MN 55402
   612) 370-3051 x2263

Mr. Campbell is the Director of Project Management at the Minneapolis Multifamily HUB of the Department of Housing and Urban Development ("HUD"). He has been an employee of HUD for over 25 years and has served as the Director of Project Management since 1992. Mr. Campbell is expected to testify about the nature of HUD multifamily subsidy and insurance programs including sections 8 and 236; the policies and practices of HUD's subsidy and insurance programs; the general investment backed

expectations of participants in HUD's subsidy and insurance programs; the nature of HUD's actions pursuant to preservation, the Emergency Low Income Housing Preservation Act of 1987 ("ELIHPA" or "Title II"), Pub. L. No. 101-242, § 221, 101 Stat 1878-79 (February 5, 1988), and the Low Income Housing Preservation and Resident Ownership Act of 1990 ("LIHPRHA" or "Title VI"), 12 U.S.C. § 4101 et seq., Title II and Title VI; HUD's policies and practices regarding preservation, Title II and Title VI; the nature, cost, and benefits of the various options available to subsidy and insurance program participants pursuant to preservation, Title II and Title VI; the economic impact Title II and Title VI had upon participants in HUD's subsidy and insurance programs; and interaction and correspondence with plaintiffs. Estimated time for direct examination is 3 hours.

2. Dr. Bret M. Dickey
Senior Managing Economist
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608
(510) 985-6700

Dr. Dickey is an economics analysis expert. The Government has retained Dr. Dickey to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; multifamily housing (both conventional and subsidized); the investment backed expectations of plaintiffs; the extent of any economic impact of Title II and Title VI upon

plaintiffs; the assumptions and conclusions of plaintiffs' witnesses; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to testimony provided by plaintiffs' expert and fact witnesses. In addition, as plaintiffs continue to name or identify witnesses, Dr. Dickey may testify concerning topics that rebut or address the new or supplemented reports or opinions. Estimated time for direct examination is 6 hours.

3. Mr. Daniel P. Mueller, MAI
Director, Integra Realty Resources
222 South 9th Street
Suite 3220
Minneapolis, MN 55402
(612) 236-0107

Mr. Mueller is a Certified General Real Estate Appraiser and Member of the Appraisal Institute (MAI). He is a Director for Integra Realty Resources's Minneapolis, Minnesota office. The Government has retained Mr. Mueller to provide expert analyses and testimony. His testimony is expected to include his background, experience, and qualifications; an appraisal of the hypothetical retrospective market value of plaintiffs' properties as of certain times and under certain given conditions; the assumptions and conclusions of plaintiffs' expert and fact witnesses; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to

testimony provided by plaintiffs' witnesses. In addition, as plaintiffs continue to name or identify witnesses, or as plaintiffs' experts modify their reports, Mr. Mueller may testify concerning topics that rebut or address the new or supplemented reports or opinions. Mr. Mueller will also present testimony regarding a preservation appraisal that he performed for a property in the Minneapolis area for purposes of transfer of the property to a qualified purchaser pursuant to LIHPRHA. Estimated time for direct examination is 6 hours.

4. Mr. Kenneth J. Malek, CPA, CIRA
Managing Director
Navigant Consulting
175 West Jackson Street
Suite 500
Chicago, IL 60604

Mr. Malek is a Managing Director of Navigant Consulting and has 27 years of financial consulting and public accounting experience. He is a Certified Public Accountant and Certified Insolvency and Restructuring Advisor. Mr. Malek has significant experience with addressing corporate and partnership transactions and structuring of transactions to maximize income tax benefits, including advising clients regarding the tax benefits of investing in low-income housing. The Government has retained Mr. Malek to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the investment backed expectations of investors such as plaintiffs, including the tax benefits derived from

investing in a low-income multifamily housing projects; the assumptions and conclusions of plaintiffs; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to testimony provided by plaintiff's witnesses. In addition, as plaintiffs continue to name or identify witnesses, Mr. Malek may testify concerning topics that rebut or address the new or supplemented reports or opinions. Estimated time for direct examination is 2 hours.

5. Harold Teasdale
5407 Excelsior Blvd.
Minneapolis, MN 55416
(952) 922-4405

Mr. Teasdale is a partner with the Minnesota Brokerage Group, located in Minneapolis, Minnesota. His testimony is expected to include his background, experience and qualifications in the multifamily housing industry (both conventional and subsidized). He will also provide testimony regarding the investment backed expectations of plaintiffs and other similarly situated owners in the Minnesota area. Mr. Teasdale will testify about the sales pursuant to Title II and Title VI for which he and the Minnesota Brokerage Group assisted owners. Mr. Teasdale will also testify about the other options available to owners pursuant to Title II and Title VI that he and the Minnesota Brokerage Group assisted owners in pursuing. Estimated time for direct examination is 3 hours.

6. Paul Arnfelt
General Partner
Apache Apartments of Owatonna Limited Partnership
Waseca Village Limited Partnership
1235 Ridge Road
Owatonna, MN 55060
(507) 451-0926

Mr. Arnfelt is expected to testify regarding plaintiffs, Apache Apartments of Owatonna Limited ("Apache") and Waseca Village Limited Partnership ("Waseca"), specifically regarding Apache's and Waseca's investment backed expectations; the economic impact Title II and Title VI had upon Apache and Waseca; the conditions under which Apache and Waseca would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Apache and Waseca pursuant to Title II and Title VI; Apache's and Waseca's relationship with HUD; and the inner-workings of Apache and Waseca. Estimated time for direct examination is 1 hour.

7. David Busch
Rochester Square Limited Partnership
Winona Village Limited Partnership
P.O Box 6757
Rochecter, MN 55903

Mr. Busch is expected to testify regarding plaintiffs, Rochester Square Limited Partnership ("Rochester") and Winona Village Limited Partnership ("Winona"), specifically regarding Rochester's and Winona's investment backed expectations; the

economic impact Title II and Title VI had upon Rochester and Winona; the conditions under which Rochester and Winona would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Rochester and Winona pursuant to Title II and Title VI; Rochester's and Winona's relationship with HUD; and the inner-workings of Rochester and Winona. Estimated time for direct examination is 1 hour.

8. Joseph Weis
Rochester Square Limited Partnership
Winona Village Limited Partnership
P.O Box 6757
Rochecter, MN 55903

Mr. Weis is expected to testify regarding plaintiffs, Rochester Square Limited Partnership ("Rochester") and Winona Village Limited Partnership ("Winona"), specifically regarding Rochester's and Winona's investment backed expectations; the economic impact Title II and Title VI had upon Rochester and Winona; the conditions under which Rochester and Winona would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Rochester and Winona pursuant to Title II and Title VI; Rochester's and Winona's relationship with HUD; and the inner-workings of Rochester and

Winona. Estimated time for direct examination is 1 hour.

9. Robert Thimmesh
Tonka Gardens, LLC
4110 Rahn Road
Eagan, MN 55122

Mr. Thimmesh is expected to testify regarding plaintiff, Tonka Gardens, LLC, specifically regarding Tonka Gardens’s investment backed expectations; the economic impact Title II and Title VI had upon Tonka Gardens; the conditions under which Tonka Gardens would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Tonka Gardens pursuant to Title II and Title VI; Tonka Gardens’s relationship with HUD; and the inner-workings of Tonka Gardens. Estimated time for direct examination is 1 hour.

10. Timothy Murray
Brainerd South Limited Partnership
14445 23d Avenue North
Plymouth, MN 55447
(763) 404-0952

Mr. Murray is expected to testify regarding plaintiff, Brainerd South Limited Partnership, specifically regarding Brainerd’s investment backed expectations; the economic impact Title II and Title VI had upon Brainerd; the conditions under which Brainerd would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI;

the costs and benefits of the various options available to Brainerd pursuant to Title II and Title VI; Brainerd's relationship with HUD; and the inner-workings of Brainerd. Estimated time for direct examination is 1 hour.

11. Donald Floyd Hagen
    Hopkins Village Limited Partnership
    1589 Highway 7, Suite 203
    Hopkins, MN 55343

Mr. Hagen is expected to testify regarding plaintiff, Hopkins Village Limited Partnership, specifically regarding Hopkins Village's investment backed expectations; the economic impact Title II and Title VI had upon Hopkins Village; the conditions under which Hopkins Village would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Hopkins Village pursuant to Title II and Title VI; Hopkins Village's relationship with HUD; and the inner-workings of Hopkins Village. Estimated time for direct examination is 1 hour.

12. Jeffrey Hagen
Hopkins Village Limited Partnership
1589 Highway 7, Suite 203
Hopkins, MN 55343

Mr. Hagen is expected to testify regarding plaintiff, Hopkins Village Limited Partnership, specifically regarding Hopkins Village's investment backed expectations; the economic impact Title II and Title VI had upon Hopkins Village; the conditions under which Hopkins Village would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to Hopkins Village pursuant to Title II and Title VI; Hopkins Village's relationship with HUD; and the inner-workings of Hopkins Village. Estimated time for direct examination is 1 hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

April 18, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 18, 2006 the foregoing Defendant’s Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail