IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, et al., | ) | |
| Plaintiffs, | ) | No. 96-700C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Defendant, the United States, lists the exhibits that appear on the electronic attachment for use at trial, pursuant to ¶ 3 of the Court's December 22, 2005 order and ¶ 16 of Appendix A to the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

April 18, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 18, 2006 the foregoing Defendant’s Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail