Apache Apartments of Owatonna, et al. v. United States, No. 96-700C (Fed. Cl.) Judge Block

## Defendant's Exhibit List

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 1 | Brainerd South Regulatory Agreement | 08/12/1971 | G_AP 01084-91 | May Offer |
| 2 | Brainerd South Mortgage | 08/12/1971 | G_AP 01163-68 | May Offer |
| 3 | Brainerd South Mortgage Note | 08/12/1971 | G_AP 01169-73 | May Offer |
| 4 | Brainerd South Initial Notice of Intent | 05/12/1992 | G_AP 01451-52 | Expects to Offer |
| 5 | Brainerd South Initial Notice of Intent | 06/22/1992 | G_AP 01449-50 | Expects to Offer |
| 6 | Letter from G.J. Murray to HUD re: Letter of Intent for Brainerd South | 06/22/1992 | G_AP 01447-1448 | May Offer |
| 7 | Brainerd South Second Notice of Intent | 05/16/1994 | G_AP 01278-79 | Expects to Offer |
| 8 | Transmittal letter to Terri Munson, HUD from Tim Murray re: Second Notice of Intent for Brainerd South | 05/16/1994 | G_AP 01280 | Expects to Offer |
| 9 | Brainerd South Plan of Action | 05/06/1996 | MIN 0140650-74 | May Offer |
| 10 | Brainerd South, Second Amendment to Purchase Agreement | 06/11/1996 | MIN 0140642-45 | May Offer |
| 11 | Brainerd South, Plan of Action | 05/06/1996 | MIN 0140650-0660 | May Offer |
| 12 | Brainerd South, Market Value Appraisal prepared by Patchin and Associates | 12/28/1992 | P-AP 006333-6462 | May Offer |
| 13 | Brainerd South, Market Value Appraisal prepared by Shenhon Company | 08/24/1992 | G-AP 01334-01416 | May Offer |
| 14 | Letter from HUD to Brainerd South re: Receipt of Plan of Action | 05/13/1996 | P-AP 006297 | May Offer |
| 15 | Letter from HUD to C. Fisher re: Preliminary approval of request for Transfer of Physical Assets (w/conditions) | 05/23/1996 | G-AP 00998-00999 | May Offer |
| 16 | Letter to HUD from C. Fisher re: Proposed Financing for purchase of Brainerd South and Financing | 05/07/1996 | G-AP 001009-01016 | May Offer |
| 17 | Affidavit submitted by G.J. Murray, Vice President Brainerd Dev. Corporation | 02/21/1996 | G-AP 00925 | May Offer |
| 18 | Application for Transfer of Physical Assets for Brainerd South Apartments | 05/13/1996 | G-AP 01008 | May Offer |
| 19 | Brainerd South Balance Sheet | 04/30/1996 | G-AP 01019-20 | May Offer |
| 20 | Real Estate, Purchase and Sale Agreement between Brainerd South Limited Partnership and the Housing and Redevelopment Authority | 11/16/1994 | G-AP 01195-01216 | Expects to Offer |
| 21 | Rent Schedules for Brainerd South Apartments 1971-1996 | 10/01/1996 | G-AP 00564-00580 | May Offer |
| 22 | Letter from Mark Campbell to Karol Goedker, Goedker Property Management re: Brainerd South Apts, Review of Appraisal Information and Verbal Acceptance of HUD contract appraisal | 09/01/1993 | G-AP 01300-1311 | May Offer |
| 23 | Assignment of Mortgage and Assumption Agreement re: Brainerd South Apts. | 05/07/1997 | G-AP 00913-00917 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 24 | Regulatory Agreement for Non-profit Mortgagors Under Section 236 of National Housing Act | 08/12/1971 | G-AP 00918-00924 | May Offer |
| 25 | Use Agreement and Amendment of Existing Regulatory Agreement for Non-Profit Mortgagors | 07/25/1996 | G-AP 00926-00935 | May Offer |
| 26 | Letter to Terri Munson, HUD from Thomas Donovan, Esq., re: response to 04/15/98 letter | 10/28/1998 | G-AP 00955-00957 | May Offer |
| 27 | Letter from Thomas Donovan, Esq., to William Haug and Tim Murray re: Brainerd South payment of balance of projects operating account and security deposit account | 11/16/1997 | G-AP 00967-00970 | May Offer |
| 28 | | | | |
| 29 | Letter to Christopher Fisher, Donovan and Associates, from Howard Goldman, HUD re: Receipt of Application for a Transfer of Physical Assets for Brainerd South | 03/06/1996 | G-AP 01023-01024 | May Offer |
| 30 | Brainerd South Apartments; Sources and Uses of Funds | undated | G-AP 01027 | May Offer |
| 31 | Brainerd South 1995 Income Statement for 12 months ending 12/31/95 | 12/31/1995 | G-AP 01028-01029 | May Offer |
| 32 | GMAC Financial Mortgage Account Activity Statement for Brainerd South | 10/19/1995 | G-AP 01030 | May Offer |
| 33 | Purchase Agreement for Brainerd South Housing Group and Brainerd South Limited Partnership | 10/30/1995 | G-AP 01037-01051 | May Offer |
| 34 | Maximum Insurable Mortgage for Brainerd South | 07/19/1992 | G-AP 01073-01079 | May Offer |
| 35 | | | | |
| 36 | Brainerd House and Redevelopment Authority re: Offer on Brainerd South Apartments | 11/15/1994 | G-AP 01217-01220 | May Offer |
| 37 | Letter from HUD to Brainerd Housing and Redevelopment Authority re: Expression of Interest for Brainerd South Apartments | 08/18/1994 | G-AP 01221-01222 | May Offer |
| 38 | Letter from HUD to Brainerd Housing and Redevelopment Authority re: Expression of Interest for Brainerd South Apartments | 07/22/1994 | G-AP 01226 | May Offer |
| 39 | Memorandum from Howard Goldman, HUD, to Director, Preservation Division re: Brainerd South Second Notice of Intent | 05/19/1994 | G-AP 01276-01277 | May Offer |
| 40 | Letter from Howard Goldman, HUD to Goedker Property Management re: 03/17/94 memo from Tim Murray concerning residual receipts and the preservation process | 04/04/1994 | G-AP 01288-01290 | May Offer |
| 41 | HUD memorandum from J. Buenger to Mark Campbell re: Title VI Preservation Appraisal Reconciliation for Brainerd South Apartments | 08/23/1993 | G-AP 01312-01316 | May Offer |
| 42 | Email from Ray Stiles to Jeff Gagnier re: Deficiencies in Brainerd South Preservation Appraisals and Projects Options | 05/14/1993 | G-AP 01323 | May Offer |
| 43 | Letter from HUD to Peter Patchin and Associates re: Title VI Preservation Appraisal for Brainerd South Apts. | 03/03/1993 | G-AP 01324-01327 | May Offer |
| 44 | Letter from HUD to John Flaherty, Shenehon and Assoc., re: Title VI Preservation Appraisal for Brainerd South Apts. (w/attachments) | 01/19/1993 | G-AP 01329-01333 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 45 | Email from Mark Campbell, HUD to Warren re: Additional Funds for project preservation for Brainerd South | 11/20/1996 | G-AP 01526-01533 | May Offer |
| 46 | Letter to Tim Murray from HUD re: Increase to the Transfer Preservation Equity for Brainerd South Apts. | 07/19/1996 | G-AP 01571-01572 | May Offer |
| 47 | Letter to Kerry Mulholland, Preservation Division from Howard Goldman, HUD re: Brainerd South Apts approved Plan of Action and Capital Grant Distribution | 05/31/1996 | G-AP 01574-01579 | May Offer |
| 48 | Summary of Plan of Action for Brainerd South Apartments | 03/01/1996 | G-AP 01607-01614 | May Offer |
| 49 | Plan of Action Under Title VI of LIHPRHA – Plan to Extent Low Income Affordable Restrictions | 02/27/1996 | G-AP 01615-01652 | May Offer |
| 50 | Letter from Howard Goldman, HUD to Tim Murray re: Brainerd South – Extension of Offering Period | 12/12/1995 | G-AP 01686 | May Offer |
| 51 | Letter from Howard Goldman, HUD to Chris Fisher, Donovan Law Firm re: Purchase Agreement and Provision not in accordance with HUD Guidelines | 12/12/1995 | G-AP 01687 | May Offer |
| 52 | Letter to Shaun McElhatton, Leonard Street and Deinard re: Brainerd South Apartments – Purchase Agreement | 03/09/1995 | G-AP 01718-01719 | May Offer |
| 53 | Real Estate Purchase and Sale Agreement – Brainerd South Apartments | 02/13/1995 | G-AP 01729-01754 | May Offer |
| 54 | Certificate and Agreement of Limited Partnership of Brainerd South | 05/18/1971 | G-AP 01829-01848 | May Offer |
| 55 | Rochester Square Venture Partnership Agreement | 02/25/1991 | MIN0120789-794 | May Offer |
| 56 | Rochester Square Limited Partnership, Amended Limited Partnership Agreement and Certificate of Limited Partnership | 05/24/1991 | MIN0120676-724 | May Offer |
| 57 | Mortgage Note, Rochester Square Venture, a General Partnership | 10/01/1970 | MIN0120561-567 | May Offer |
| 58 | Rent Supplement Contract for Use Agreement Under Section 236 for Rochester Square | 05/01/1972 | FRC0700516-519 | Expects to Offer |
| 59 | Rochester Square Use Agreement and Amendment of Regulatory Agreement | 05/17/1995 | MIN0120607-0120617 | Expects to Offer |
| 60 | Letter from HUD to Lisa Sammon Roach re: Revised Commitment to Insure Upon Completion; Section 241(F) for Rochester Square | 05/15/1995 | MIN0120221-0232 | May Offer |
| 61 | Rochester Square, Second Mortgage between Rochester Square Limited Partnership and Glaser Financial Group. | 05/01/1995 | MIN0120623-0629 | Expects to Offer |
| 62 | HUD Letter granting preliminary approval of Plan of Action for Rochester Square | 10/25/1994 | MIN 0120490-0500 | May Offer |
| 63 | Rochester Square, Second Mortgage Note | 05/01/1995 | MIN 0120310-0312 | Expects to Offer |
| 64 | Rochester Square, Notice of Election to Proceed | 12/28/1990 | MIN 0120801 | Expects to Offer |
| 65 | Letter from Minnesota Housing Finance Agency, HUD, Susan Koren to Rochester Square Partnership c/o Jim Shorter, Weis Management Company re: Notification to Tenants of Prepayment of Mortgage | 07/10/2001 | G-AP09798-9799 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 66 | Housing Assistance Payments (HAP) Contract for Hopkins Village Apartments | 02/14/1992 | P-AP 13387-13388 | Expects to Offer |
| 67 | Letter from Maria Cantos, Fannie Mae to Rhonda Pear, Glaser Financial Group (by Joe Weis) re: Rochester Square – $1.1 million Section 241(F) second mortgage | 05/16/1995 | G-AP 09776 | May Offer |
| 68 | Escrow Agreement: Unpaid Construction Costs, Repairs of Needs Assessment Repairs for Rochester Square with Attached letter from HUD re: Second Revision of Capital Needs Assessment repairs and alterations | 05/18/1995 | G-AP 09778-09783 | May Offer |
| 69 | HUD Memorandum re: Rochester Square Plan of Action and request for Section 8 Assistance | 09/26/1994 | G-AP 10009 | May Offer |
| 70 | Schedule of Units, Rents, Equipment, Utilities and Services for Rochester Square | 1995-2000 | G-AP 10019-10023 | May Offer |
| 71 | HAP Contract for Section 8: Rochester Square | 05/18/1995 | G-AP 10024-10032 | May Offer |
| 72 | Housing Assistance Payment Contract for Rochester Square | 09/01/1982 | G-AP 10039-10047 | Expects to Offer |
| | | | | |
| 73 | First and Second Amended Certificate of Limited Partnership Agreement, Winona Properties, A Limited Partnership | 09/02/1971 | FRC0700428-476 | May Offer |
| 74 | Winona Manor/Morningside Terrace, Notice of Election to Proceed | 06/17/1992 | P-AP 008167 | Expects to Offer |
| 75 | Morningside Terrace Mortgage | 09/20/1971 | FRC 0700503-0510 | May Offer |
| 76 | Use Agreement and Amendment of Regulatory Agreement for Morningside Terrace | 05/17/1995 | P-AP 005552-0560 | Expects to Offer |
| 77 | Winona Properties, Second Mortgage | 05/01/1995 | MIN 0060191-60194 | Expects to Offer |
| 78 | Winona Properties, HUD memorandum | 12/27/1994 | MIN 0060221 | May Offer |
| 79 | Letter from HUD to Jim Shorter, Weis Management re: Winona Properties and Notification to Tenants re: Prepayment or termination of HAP Section 8 contracts | 07/10/2001 | G-AP 13056-3057 | May Offer |
| | | | | |
| 80 | Letter from Robert Thimmesh to Flora Chavez, Fannie Mae re: Eagan Gardens Apartments re: payment against loan principal. | 03/09/1994 | P-AP 006612 | May Offer |
| 81 | Real Estate Market Value Appraisal of Eagan Gardens Apartment prepared by Everett Strand, Kramer Geisler & Strand, Inc. | 12/29/1990 | P-AP 006617 | May Offer |
| 82 | Eagen Gardens Apartments, Initial Notice of Intent | 07/13/1993 | MIN 0090001-90003 | Expects to Offer |
| 83 | Eagen Gardens Apartments, Mortgage Note | 12/26/1972 | FRC 0910035-0038 | May Offer |
| 84 | Hopkins Village Apartments; Mortgage Note | 04/09/1971 | FRC0700314-317 | May Offer |
| | | | | |
| 85 | Housing Assistance Payments (HAP) Contract for Hopkins Village Apartments | 08/11/1982 | MIN0030286-294 | Expects to Offer |
| 86 | HUD Housing Assistance Payments Contract for Hopkins Village | 08/21/1997 | MIN0030248-264 | Expects to Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 87 | Handwritten notes of Jeff Hagen re: LIHPRHA, Meeting with HUD, and HUD procedures | 11/00/92 | P-AP 12600-12603 | May Offer |
| 88 | LIHPRHA Timing Guidlines | 03/04/1992 | P-AP 12590-12593 | May Offer |
| 89 | Considerations Affecting an Owners Decision to Sell or Retain Ownership under the LIHPRHA | undated | P-AP 12597-12599 | May Offer |
| 90 | Minnesota Brokerage Group LIHPRHA Update for Hopkins Village | 11/20/1992 | P-AP 12594-12596 | May Offer |
| 91 | Letter from Tom Donovan to HUD, Terri Munson re: Hopkins Village Apts, Plan of Action | 03/13/1996 | MIN0030001-0021 | Expects to Offer |
| 92 | Letter from HUD, Howard Goldman to Thomas Donovan re: Hopkins Village Appraisal Guidelines – receipt of Notice of Intent for extension of low income affordable restrictions | 06/07/1994 | MIN0030182-187 | Expects to Offer |
| 93 | Letter to Curt Glaser, Glaser Financial Group to Bonnie LaBeau, Mason Properties re: Hopkins Village - Information on proposed refinancing | 12/06/1996 | P-AP 13389-13409 | Expects to Offer |
| 94 | Minnesota Brokerage Group Memorandum to Don Hagen from Harold Teasdale re: Potential Prepayment of Hopkins Village HUD 236 Mortgage | 06/04/1997 | P-AP 13385 | May Offer |
| 95 | Hopkins Village Apartments Partnership Distribution re: Hopkins Village | 05/14/1997 | P-AP 13410-13411 | May Offer |
| 96 | Notification to Tenants of Owners Intention to Prepay HUD-Ins. Mortgage | 10/31/1997 | P-AP 12280 | Expects to Offer |
| 97 | Notification to Tenants of Termination of HAP Contract for Hopkins Village | 08/27/1997 | P-AP 12281 | Expects to Offer |
| 98 | Letter from Dan Cooney, Griffin Companies to Peter Mason, Mason Properties, re: Hopkins Village Market Survey – Comparable | 05/21/1998 | P-AP 13484-13488 | May Offer |
| 99 | Letter from Don Hagen to "All Hopkins Village Apartment Residents" re: Update of Section 236 Low Income Housing Program | 05/14/1998 | P-AP 12441-12442 | Expects to Offer |
| 100 | Press Release/Notice by Preservation Law Project re: New Conference to announce lawsuit against HUD (w/attached District Ct. Complaint filed against HUD | 07/30/1998 | P-AP 13440-13459 | Expects to Offer |
| 101 | Letter from the Rober Odman, Minnesota Housing Finance Agency to Don Hagen re: Hopkins Village Apartments Preliminary Discussions with HUD – Funding for Preservation of Hopkins Village | 11/02/1998 | P-AP 13462 | Expects to Offer |
| 102 | Letter from Donald Hagen, M. B. Hagen Realty, Co., to Joe Gabler, FHA re: Initiation and Approval of 236 Programs for Hopkins | 05/22/1970 | P-AP 13412-13413 | May Offer |
| 103 | Track list of Pre-Construction Targets | 03/17/1971 | P-AP 13414-13415 | May Offer |
| 104 | Facsimile from Don Hagen to Harold Teasdale re: Letter sent to Senator Rod Grams concerning LIHPRHA | 09/19/1995 | P-AP 12830-12832 | Expects to Offer |
| 105 | Hopkins Village Apartments, Initial Notice of Intent | 05/27/1994 | P-AP 12847-12848 | Expects to Offer |
| 106 | Hopkins Village, Closing Book | Undated | P-AP 013074 | May Offer |
| 107 | Hopkins Village, Housing Assistance Payments Contract | 08/21/1997 | MIN 0030248-0264 | Expects to Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 108 | Hopkins Village, Housing Assistance Payments (HAP) Contract Renewal | 02/03/1992 | P-AP 12300-12301 | Expects to Offer |
| 109 | Letter from HUD re: Hopkins Village and HUD's procedures for Prepayment of Preservation Eligibility | 06/11/1998 | P-AP 012275-2277 | May Offer |
| 110 | Hopkins Village Preservation Prepayment Request, January 1999 and Rent Table | 01/01/1999 | G-AP 02436-02447 | May Offer |
| 111 | Minnesota Housing Finance Agency Initial Closing Statement for Hopkins Village Apts. | 03/25/1999 | G-AP 03419 | May Offer |
| 112 | Notes of Conference call and 223A7 Schedule for Hopkins Village | 03/09/1999 | G-AP 03427-03434 | May Offer |
| 113 | Notes of Conference call and Rental Housing Project Income Analysis and Appraisal - section 241 Supplemental Loan for Hopkins Village | 03/10/1999 | G-AP 03421-03426 | May Offer |
| 114 | Facsimile from Norma Moon, HUD to Julie LaSota, Multifamily Underwriting re: Hopkins Village – Griffin Companies Market Survey and Preservation prepayment request | 04/05/1998 | G-AP 03468-03484 | May Offer |
| 115 | Hopkins Village Apartments – Statement of Income and Expenses - Modified Accrual | 12/31/1998 | G-AP 03501-03513 | May Offer |
| 116 | Purchase Agreement between Hopkins Village Apts and Community Housing Development Corporation | 01/11/1999 | G-AP 03520-03557 | May Offer |
| 117 | Facsimile from Julie LaSota, Minnesota Housing Finance Agency to Norma Moon, HUD re: Information concerning Hopkins Village purchase price | 11/11/1998 | G-AP 03575-03593 | May Offer |
| 118 | Letter from Minnesota Housing Fin. Agency to Donald Hagen, Mason Properties re: Documentation for Preparation of Sale of Hopkins Village | 11/02/1998 | G-AP 03594 | May Offer |
| 119 | Email from Howard Goldman to Mark Campbell, HUD re: Purchase Agreement for Hopkins Village sent to Jeff Hagen | 01/11/1999 | G-AP 03609 | May Offer |
| 120 | Email from Howard Goldman to Mark Campbell, HUD re: Hopkins Village Information need for purchase and provided by owner | 01/08/1999 | G-AP 03610 | May Offer |
| 121 | Facsimile from Anne Ray, Family Housing Fund to Howard Goldman, HUD re: Jack Cann email concerning Hopkins Village – alternative interest rate reduction | 10/29/1998 | G-AP 03622-03624 | May Offer |
| 122 | Letter to HUD and AUSA from Harry Kelly, Peabody and Brown re: Hopkins Village discussing with the Fund concerning settlement and purchase of Hopkins Village | 10/26/1998 | G-AP 03627-03630 | Expects to Offer |
| 123 | Housing Assistance Payments Contract between HUD and Hopkins Village Apt. | 12/01/1998 | G-AP 03698-03715 | May Offer |
| 124 | Hopkins Village Mortgage Note | 03/01/1999 | G-AP 03951-03953 | May Offer |
| 125 | Hopkins Village Second Mortgage | 03/01/1999 | G-AP 03954-03961 | May Offer |
| 126 | Letter from Angela Christy, Law Firm of Leonard Street and Deinard to the Minnesota Housing Auth., and Federal Housing Commission re: Loan Guarantee and acquiring and rehabilitation Hopkins Village | 03/25/1999 | G-AP 04019-04031 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 127 | Service and Regulatory Agreement between CHDC Hopkins Limited Partnership, the Housing Finance Agency, and HUD | 03/25/1999 | G-AP 04043-04072 | May Offer |
| 128 | Letter from HUD TO Donald Hagen re: Hopkins Village v. Cuomo and Stipulation Order | 09/25/1998 | G-AP 04438 | Expects to Offer |
| 129 | Letter from HUD to Donald Hagen regarding acceptance and offer of Section 8 Loan Management set Aside HUD contract for 15 years | Undated | G-AP 04765-04766 | May Offer |
| 130 | Market Rent Analysis prepared for Jeff Hagen by KGS Consulting re: Hopkins Village Apts. | 02/19/1999 | G-AP 04824-04846 | May Offer |
| 131 | Letter from Donald Hagen to HUD re: Renewal of HAP Contract for Hopkins Village | 11/19/1998 | G-AP 04849-04868 | Expects to Offer. |
| 132 | HAP Contract Renewal signed by Donald Hagen for Hopkins Village | 07/02/1998 | G-AP 04869-04887 | Expects to Offer |
| 133 | Letter to Thomas Donovan from HUD re: non-commitment to renew the HAP contract for Hopkins Village | 06/12/1998 | G-AP 04888-04889 | May Offer |
| 134 | Letter from Howard Goldman, HUD to Harold Teasdale, Minnesota Brokerage Group re: Renewal of Section 8 Contract | 06/25/1998 | G-AP 04892-04893 | May Offer |
| 135 | Letter from HUD to Donald Hagen re: Hopkins Village and Right to prepay v. Obligation under section 8 contract | 07/23/1997 | G-AP 04919-04920 | May Offer |
| 136 | Letter to Mark Campbell from Donald Hagen re: Renewal of Expiring Section 8 contract under HUD Notice | 07/14/1997 | G-AP 04921 | Expects to Offer |
| 137 | Letter from HUD to Donald Hagen re: Hopkins Village Section 8 Loan - Set Aside Contract | 08/18/1982 | G-AP 04934-04944 | May Offer |
| 138 | Letter from Donald Hagen to HUD re: Election of Section 8 in place of Section 236 income limits | 05/06/1975 | G-AP 04950-04951 | Expects to Offer |
| 139 | Rent Supplement Contact between HUD and Hopkins Village, Limited Partnership | 05/01/1972 | G-AP 04953-04955 | Expects to Offer |
| 140 | Memorandum from Dick Brustad re: Estimation of Rehabilitation of Hopkins Village (Priority 1 and 2) | 01/29/1999 | G-AP 05038-05044 | May Offer |
| 141 | Rehabilitation Estimates – Changes per 2/13/99 meeting from HUD | undated | G-AP05048-05049 | May Offer |
| 142 | Proposed Work Tasks for Updating Hopkins Village Apts., by Roark Kramer Kosowski Design | 01/15/1999 | G-AP 05052-05058 | May Offer |
| 143 | Regulatory Agreement for Limited Distribution Mortgagors Under Sect. 236 of National Housing Act for Hopkins Village | 03/01/1999 | G-AP 05390-05397 | May Offer |
| 144 | Newspaper Article, The Affordable Housing Alert; A Guide for Owners and Managers of Affordable Housing | 06/00/92 | P-AP 009005-9008 | May Offer |
| 145 | TRI Financial Corporation; Low Income Housing Preservation Comparison and Title II and Title VI Acts as they affect potential FHA 241(f) Loan Amounts | undated | P-AP 009113-9131 | May Offer |
| 146 | Letter from Jeff Hazard to Denise Kelly, First Bank and Trust re: Trustee Options and Investments in Rochester Square and Winona Properties (Faxed from D. Kelly to D. Busch) | 05/08/1992 | P-AP 009079-9081 | Expects to Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 147 | Letter from David Busch, Weis Management Company to Gerald Ross re: Winona Properties-Partnership Business (w/attachments) | 05/16/1995 | P-AP 009180-9182 | Expects to Offer |
| 148 | Winona Manor, Rent Supplement Contract | 05/01/1972 | FRC0700516-519 | Expects to Offer |
| 149 | Winona Properties, Effects of Sale – Terms of Sale per partnership agreement | undated | P-AP 008138-8139 | May Offer |
| 150 | Morningside Terrace - Expenses: Pro-forma as a Market Rate Property | undated | P-AP 008155 | May Offer |
| 151 | Winona Properties Chart – Present Value Cash Flows | 07/01/1992 | P-AP 008159-8165 | Expects to Offer |
| 152 | Letter from Walter Nielsen to Midwest Property Advisors, Inc. Re: Winona Manor and Consulting regarding HUD regulations | 04/09/1992 | P-AP 008169-8171 | Expects to Offer |
| 153 | Note to Denise and Jim from David Busch (w/attached Letter from Weis Management to Robert and Louise Beal concerning Updating Trust Administrator on Possible Future Disposition of Morningside Terrace) | 02/11/1992 | P-AP 008172-8178 | Expects to Offer |
| 154 | Morningside Terrace Value and Return - Present Value Cash Flows | undated | P-AP 008179-8188 | May Offer |
| 155 | Winona Properties: Plan of Action – Title II: First Mortgage Insured under Section 236 of the National Housing Act. | undated | P-AP 008197-8211 | May Offer |
| | | | | May Offer |
| 156 | HUD Memorandum for Frank Slezak from John Buenger, re: Rochester Square Application for Multifamily Housing and HUD 9610 Notice of Election to Proceed | 06/12/1992 | MIN0120799-803 | May Offer |
| 157 | Rochester Square, Plan of Action | 03/17/1994 | MIN0120401-0409 | May Offer |
| 158 | Letter from HUD, John Buenger to Dave Busch, Weis Management re: Rochester Square Apts., Instructions for Title II and VI | 09/02/1994 | G_AP 10202-10203 | May Offer |
| 159 | Amendment to First Amended Certificate of Limited Partnership Agreement of Rochester Square Limited Partnership | 05/17/1995 | G-AP 09186-09202 | Expects to Offer |
| 160 | Rochester Square Limited Partnership Amended Limited Partnership Agreement and Certificate of Limited Partnership | 05/24/1971 | G-AP 09203-09251 | May Offer |
| 161 | HUD 2530 – Previous Participation Certificate: re: Change in General Partner from Weis Builders to RC Corporation re: Rochester Square | 04/14/1992 | G-AP 09252-09254 | May Offer |
| 162 | Letter from HUD to David Busch, Weis Management re: Plan of Action - Preliminary Approval and Tenant Notice & Summary Plan of Action under ELIHPA | 10/25/1994 | G-AP 10179-10193 | May Offer |
| 163 | Internal HUD Memorandum re: Plan of Action – Preliminary Approval for Rochester Square | 09/20/1994 | G-AP 10196-10201 | May Offer |
| 164 | | | | |
| 165 | Letter from David Busch, Weis Management to HUD re: Title II Rochester Square and Morningside Terrace Updated Reports on Very Low Income Residents | 06/29/1994 | G-AP 10208-10211 | Expects to Offer |
| 166 | Letter from HUD to David Busch re: Rochester Square Apartments review of plan of action and clarification of issues | 03/07/1994 | G-AP 10237-10247 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 167 | HUD Report to Housing Management; Housing Development Multifamily Valuation Plan of Action and Appraisal Review | 03/10/1994 | G-AP 10270-10272 | May Offer |
| 168 | Internal HUD Memorandum re: Rochester Square Title II Preservation POA review and capital needs assessment to David Busch | 12/23/1993 | G-AP 10273-10281 | May Offer |
| 169 | Letter from HUD to N. Craig Johnson, Real Estate Appraiser-Consultant re: Rochester Square Preservation Appraisal and Letter of Modification | 12/09/93<br>12/17/93 | G-AP 10289-10296 | May Offer |
| 170 | Internal HUD Memorandum re: Rochester Square Plan of Action and Fair Market Rents | 11/03/1993 | G-AP 10299-10301 | May Offer |
| 171 | Letter from Joe Weis, Weis Management to Minnesota Housing Finance Agency re: Submission of Plan of Action to HUD | 09/02/1993 | G-AP 10313 | Expects to Offer |
| 172 | Letter from Minnesota Housing Finance Agency to Joe Weis re: Response to March 30, 1993 letter concerning available funds for assistance | 04/02/1993 | G-AP 10314 | May Offer |
| 173 | Letter from Housing and Redevelopment Authority of Rochester Minn. to Joe Weis re: Available funds to assist with low interest rate | 04/02/1993 | G-AP 10315 | May Offer |
| 174 | Letter from the City of Rochester Minnesota, City Administrator to Joe Weis re: Available funds | 04/20/1993 | G-AP 10316 | May Offer |
| 175 | Letter from the Rochester/Olmsted Community Housing Partnership, Inc., re: Available Funds | 04/14/1993 | G-AP 10317 | May Offer |
| 176 | Letter from Joe Weis to Minnesota Housing Finance Agency, City of Rochester, Rochester Housing Authority re: Rochester Square Apartments Intent and Additional Agency Funds | 03/30/1993 | G-AP 10318-10323 | May Offer |
| 177 | Letter from HUD to David Busch re: Election to Proceed under Title II | 06/22/1992 | G-AP 10328 | May Offer |
| 178 | Notice of Election to Proceed under Title II or Title VI for Rochester Square | 06/17/1992 | G-AP 10332 | Expects to Offer |
| 179 | Internal HUD Memorandum re: Rochester Square and Winona Apartments and the Windfall Profits Test | 06/10/1992 | G-AP 10337 | May Offer |
| 180 | Letter from David Busch to HUD re: Additional items requested for Title II Plan of Action | 09/22/1993 | G-AP 10340-10344 | Expects to Offer |
| 181 | Rochester Square – Value/Equity breakout | 07/19/1993 | G-AP 10383-10388 | May Offer |
| 182 | Rochester Square – Borrower/Lender Closing Statement | 05/18/1995 | G-AP 10607 | May Offer |
| 183 | Internal HUD Memorandum re: Rochester Square – Multifamily Appraisal Report | 04/11/1995 | G-AP 10638-10650 | May Offer |
| 184 | Regulatory Agreement for Multifamily Housing Projects – Second Mortgage Note re: Rochester Square | 05/01/1995 | G-AP 10676-10686 | Expects to Offer |
| 185 | Second Mortgage Note – Rochester Square | 05/01/1995 | G-AP 10690-10692 | May Offer |
| 186 | Regulatory Agreement for Limited Distribution Mortgagors Under Section 236 for Rochester Square | 05/17/1971 | G-AP 10754-10763 | May Offer |
| 187 | Rochester Square Limited Partnership – Modification Agreement | 02/22/1972 | G-AP 10764-10767 | May Offer |
| | | | | |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 188 | HUD Previous Participation Certificate w/ attached Schedule A - List of previous projects and section 8 contracts for Waseca Village Apartments | 02/09/1994 | G-AP 12133-12141 | May Offer |
| 189 | Letter from the firm of Piper, Jaffray & Hopwood Inc., to Ken Wondloand and Ames Donahue re: Waseca Village and limited partnership interests in Waseca. | 10/04/1971 | P-AP 002453-2459 | May Offer |
| 190 | Handwritten notes of Meeting with M. Campbell, Norma Moon, Ken W., Bill H., and Paul Arnfelt | 07/14/1997 | P-AP 002509 | May Offer |
| 191 | Note from Paul re: conversation with Norma Moon re: paying off Waseca Village | 03/03/1998 | P-AP 002510 | May Offer |
| 192 | Letter from Kramer, Geisler, Strand and Dayton, Inc., to Paul Arnfelt re: Preservation Value appraisal of Waseca Village Apts. | 11/14/1994 | P-AP 002725-2726 | May Offer |
| 193 | Letter from Winthrop and Weinstein to HUD et al., re: Waseca Village Apts and Waseca Leased Housing Associates II, Loan | 04/11/2002 | G-AP 11614-11625 | May Offer |
| 194 | Letter from Paul Arnfelt to HUD Norma Moon re: Waseca Village re: 12/03/99 HUD letter | 12/07/1999 | G-AP 11967-11968 | Expects to Offer |
| 195 | Letter from Ken Moats, Moss & Barnett to Bob Wesoloski, HUD re: Waseca Village Apartments re: Withdrawal of Pre-Payment request dated Dec. 17, 1999 | 04/24/2000 | G-AP 12265 | May Offer |
| 196 | Letter from HUD Howard Goldman to William Haug, Moss & Barnett re: Appraisal Guidelines for Waseca Village and receipt of Notice of Intent on July 5, 1994 and Just Compensation | 07/08/1994 | P-AP 002492-2495 | May Offer |
| 197 | Letter from HUD Howard Goldman to Paul Arnfelt re: Waseca Village and Review and Problems with Annual Financial Report | 01/05/1999 | G_AP 11882-11885 | May Offer |
| 198 | Waseca Village, Initial Notice of Intent | 06/29/1994 | MIN 0040126-0127 | Expects to Offer |
| 199 | Waseca Village, Second Notice of Intent | 04/10/1996 | P-AP 002507 | Expects to Offer |
| 200 | Waseca Village, Mortgage Note | 09/01/1971 | P-AP 002398-2399 | May Offer |
| 201 | Waseca Village, Notice to Prepay | 01/27/2000 | G_AP 12241 | Expects to Offer |
| 202 | Waseca Village, Notice to Prepay | 12/17/1999 | G-AP 12268-12276 | Expects to Offer |
| 203 | Letter from Moss and Barnett to HUD re: Waseca Village, Notice to Prepay | 01/10/2001 | G-AP 12263 | Expects to Offer |
| 204 | Letter from Moss and Barnett to HUD re: Waseca Village, Notice to Prepay | 07/17/2001 | G-AP 12532 | Expects to Offer |
| 205 | Waseca Village, GMAC Loan Payoff Statement | 04/08/2002 | P-AP 002487 | Expects to Offer |
| 206 | Waseca Village, Closing Statement | 04/09/2002 | P-AP 002488-2489 | May Offer |
| 207 | Letter from HUD to Kevin Filter, Glaser Financial re: Waseca Village, Multifamily Summary Appraisal Report and Amendment of Mortgage name | 04/10/2002 | G-AP 11554-11568 | May Offer |
| 208 | Waseca Lease, Regulatory Agreement for Multifamily Housing Projects | 04/09/2002 | G-AP 11687-11694 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 209 | Waseca Village Financial Statements and Auditor's Report Year Ended 12/31/93 | 12/31/1993 | MIN 0040493-0524 | May Offer |
| 210 | Letter to HUD from Paul Arnfelt, Waseca Village re: Response to HUD December 3, 1999 letter concerning prepayment | 12/07/1999 | G-AP 12614-12615 | Expects to Offer |
| | | | | |
| 211 | Apache Apartments, Certificate and Limited Partnership Agreement | 11/30/1984 | P-AP 000352-377 | May Offer |
| 212 | Letter from HUD, Howard Goldman to Paul Arnfelt re: Apache Apartments Completion of Reconciliation Process | 04/14/1995 | P-AP 0001 | Expects to Offer |
| 213 | Letter from HUD, Howard Goldman to Paul Arnfelt re: Apache Apartments Completion of Reconciliation Process | 07/24/1995 | P-AP 0002 | May Offer |
| 214 | Apache Apartments of Owatonna Project Offering Memorandum and Acquisition and Partnership | undated | P-AP00018-95 | May Offer |
| 215 | Letter from Jack Hargrove, Appraiser to Gary Hitzemann re: Appraisal Market Value of Apache Apartments | 09/26/1983 | P-AP00319 | May Offer |
| 216 | Apache Apartments, Notice of Intent | 02/15/1994 | P-AP 000712 | Expects to Offer |
| 217 | Letter from Kenneth Dayton, Appraiser to Paul Arnfelt re: Preservation Value Appraisal for Apache Apartments | 12/27/1994 | P-AP 000940-941 | May Offer |
| 218 | Apache Apartments, Initial Notice of Intent | 07/25/1994 | P-AP 001167-68 | May Offer |
| 219 | Apache Apartments, Mortgage Note | 08/02/1971 | FRC 0700392-94 | May Offer |
| 220 | Letter from Housing Preservation Project to Robert Odman concerning the Apache Plaza Tenant Impact Statement re: July 5, 1999 letter from Paul Arnfelt, Notice of Prepayment | 11/22/1999 | G-AP 00278-00279 | May Offer |
| 221 | Rental Schedule and Information on Rental Project for Apache Apartments – Distribution/contribution or Partnership ownership | 11/06/1981 | G-AP 00345 | May Offer |
| 222 | Letter from Life Style to HUD regarding expiration of HAP contract and rental increase for Apache Apartments | 06/01/1999 | G-AP 00365 | May Offer |
| 223 | Letter from HUD re: Apache Apartments and HUD's procedures for Prepayment of Preservation Eligibility | 02/12/1999 | G-AP 00312-00314 | May Offer |
| 224 | Internal HUD Memorandum from Howard Goldman re: Prepayment of Apache Mortgage and Request from Owner for Preservation tenant base assistance | 08/06/1999 | G-AP 00290 | May Offer |
| 225 | Letter to Tenants from Apache Apartment Limited Partnership re: Tenant Protections due to prepayment. | 07/05/1999 | G-AP 00291 | Expects to Offer |
| 226 | Rent Schedules for Apache Apartments | 1985-1997 | G-AP 00324-00347 | May Offer |
| 227 | Letter to Paul Arnfelt from HUD re: completion of prepayment information and review of Minnesota notification requirements | 08/06/1999 | G-AP 00289 | May Offer |
| 228 | Notes re: Applicable Rental Unit Size for Apache Apartments | undated | G-AP 00315 | May Offer |
| 229 | Prepay Inform Worksheet – Apache Apartment | 02/17/1999 | G-AP 00320-00321 | May Offer |
| 230 | HUD Manual Rent Formula for Apache Apartments | undated | G-AP 00350 | May Offer |
| 231 | Letter to Paul Arnfelt from HUD re: Authorization to Increase Rents | 08/06/1999 | G-AP 00352-00353 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 232 | Apache Apartments Balance Sheet | 04/30/1999 | G-AP 00357-00361 | May Offer |
| 233 | HAP Contract for Waseca Village | 07/30/2001 | G-AP 11068-11075 | Expects to Offer |
| 234 | Letter to Paul Arnfelt, Waseca Village from HUD re: HAP Contract Notification and Section 8 for Waseca Village | 07/25/2001 | G-AP 11077 | Expects to Offer |
| 235 | Letter to Paul Arnfelt, Waseca Village from HUD re: HAP Section 8 Housing Assistance Payment | 10/20/2000 | G-AP 11103-11105 | Expects to Offer |
| 236 | Letter from Rick Spitzack to HUD re: Waseca Village HAP contract expiring and renewal package | 01/22/2001 | G-AP 11106-11112 | Expects to Offer |
| 237 | GMAC Commercial Mortgage for Waseca Village Balance Information | 06/16/2000 | G-AP 11140 | May Offer |
| 238 | Letter to HUD from Rick Spitzack re: Waseca Village Independent Rent Comparison Study | 07/26/2000 | G-AP 11149-11172 | Expects to Offer |
| 239 | Regulatory Agreement for Multifamily Housing with Glacer Financial Group, Inc. and Waseca Leased Housing Assoc. II | 04/01/2002 | G-AP 11686-11694 | May Offer |
| 240 | Waseca Village 236(e) Use Agreement | 04/01/2002 | G-AP 11713-11718 | May Offer |
| 241 | Letter from Paul Arnfelt to HUD re: Authority of Rick Spitzack of Life Style to sign contract | 08/07/2001 | G-AP 11076 | May Offer |
| 242 | IRP Agreement between Waseca Leased Housing Assoc. and HUD for Interest Reduction Payments | 04/08/2002 | G-AP 11749-11759 | May Offer |
| 243 | Mortgage and Mortgage Note for Waseca Leased Housing Assocociate | 04/01/2002 | G-AP 11769-11777 | May Offer |
| 244 | Letter to Paul Arnfelt from HUD re: Review of Management Improvement and Operating Plan Bringing Into Compliance with HUD Standards | 11/02/2000 | G-AP 11972-11979 | May Offer |
| 245 | HUD Memorandum for File; Trouble Project Action Plan - Chronology of Actions -- Waseca Village | 07/29/1994 | G-AP 11871-11874 | May Offer |
| 246 | Letter to Paul Arnfelt from HUD re: Waseca Property -- Response to HUD letters dates Feb. 16, 1999 and Jan. 5, 1999. | 04/20/1999 | G-AP 11880 | May Offer |
| 247 | Letter to Paul Arnfelt from HUD re: Waseca Property -- Below Average Rating of Physical Inspection Report | 02/16/1999 | G-AP 11881 | May Offer |
| 248 | | | | May Offer |
| 249 | HUD Annual Financial Statement Review Worksheet -- Waseca Village | 01/04/1999 | G-AP 11891-11897 | May Offer |
| 250 | Waseca Village Financial Statements and Supplementary Information Years Ended December 31, 1997 and 1996 | 02/26/1998 | G-AP 11898-11933 | May Offer |
| 251 | Letter from GMAC Commercial Mortgage to HUD re: 1997 On-Site Property Inspection w/attached Aug. 4, 1997, letter to Paul Arnfelt | 08/04/1997 | G-AP 11947-11958 | May Offer |
| 252 | Regulatory Agreement for Limited Distribution Mortgagors Under Section 236 for Waseca Village, Limited Partnership | 09/01/1971 | G-AP 12079-12098 | May Offer |
| 253 | Waseca Village Limited Partnership Agreement and Certificate of Limited Partnership | 08/18/1971 | G-AP 12103-12112 | May Offer |
| 254 | Waseca Village Rent Schedules - Low Rent Housing | 1988-1999 | G-AP 12147-12165 | May Offer |
| 255 | Waseca Village HAP Contract | 09/01/1997 | G-AP 12220-12226 | Expects to Offer |
| 256 | Notice of Intent to Prepay to Residents -- Waseca Village Apts. | 01/19/2001 | G-AP 12257-12258 | Expects to Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 257 | Letter to HUD from William Haug, Moss and Barnett re: Notice of Prepayment re: Waseca Village | 01/10/2001 | G-AP 12263 | Expects to Offer |
| 258 | | | | |
| 259 | Letter from Paul Arnfelt to HUD et al., re: Notice of Prepayment | 12/17/1999 | G-AP 12268-12277 | Expects to Offer |
| 260 | Letter to HUD from William Haug, Moss and Barnett re: Notice of Prepayment re: Waseca Village | 07/17/2001 | G-AP 12532 | Expects to Offer |
| 261 | HUD Memorandum for File; Trouble Project Action Plan - Chronology of Actions -- Waseca Village | 07/29/1994 | G-AP 12570-12566 | May Offer |
| 262 | Letter from HUD, Departmental Enforcement to Paul Arnfelt re: Waseca Village concerning review of property by December | 01/14/2000 | G-AP 12603 | May Offer |
| 263 | Waseca Village Initial Team Report of Property | 03/22/2000 | G-AP 12604-12613 | May Offer |
| 264 | Letter from Paul Arnfelt to HUD re: Authority of Mike DeWerd signing of HAP contracts | 11/25/1988 | MIN0050536 | May Offer |
| 265 | Morningside Terrace-Winona HAP Contract for 1995-2000 | 05/18/1995 | G-AP 13222-13230 | May Offer |
| 266 | Eagan Gardens Apartments, Financial Statements Dec. 31, 1994 and 1993 | 02/07/1995 | G-AP 010156-010191 | May Offer |
| 267 | Amendment to First Amended Certificate of Limited Partnership Agreement of Winona Properties, A Limited Partnership | 05/17/1995 | G-AP 13517-13529 | May Offer |
| 268 | Second Amended Certificate of Limited Partnership Agreement Winona Properties, A Limited Partnership | 06/13/1972 | G-AP 13530-13537 | May Offer |
| 269 | First Amended Certificate of Limited Partnership Agreement Winona Properties, A Limited Partnership | 12/14/1971 | G-AP 12538-13578 | May Offer |
| 270 | Escrow Agreement, Unpaid Construction Costs, Repairs or Needs Assessment Repairs for Winona Properties | 05/18/1995 | G-AP 13653-13657 | May Offer |
| 271 | Letter to Joe Weis, Winona Properties from HUD re: Annual Financial Statement, re: Morningside Terrace Apartments - 09/30/98 | 02/04/1999 | G-AP 13856-13901 | May Offer |
| 272 | Request for Endorsement of Credit Instrument Certificate of Mortgagee, mortgagor and General Contractor for Winona Property | 05/18/1995 | G-AP 13919-13928 | May Offer |
| 273 | Commitment to Insure Upon Completion; Section 241(F) for Winona Properties | 05/03/1995 | G-AP 13941-13951 | May Offer |
| 274 | Amendment to Amended Existing Regulatory Agreement for Winona Properties | 05/17/1995 | G-AP 13972-13977 | Expects to Offer |
| 275 | HUD, Regulatory Agreement for Multifamily Housing Projects for Winona Properties Limited Partnership | 05/01/1995 | G-AP 13978-13986 | May Offer |
| 276 | Second Mortgage for Winona Properties | 05/01/1995 | G-AP 13987-13994 | Expects to Offer |
| 277 | Second Mortgage Note for Winona Properties for Winona Properties | 05/01/1995 | G-AP 13995-13997 | Expects to Offer |
| 278 | Letter to Joe Weis, Weis Builders from GF Thorkelson, Appraiser re: Highway Taking Claim with Winona Properties Apartments. | 10/19/1978 | G-AP 14059-14062 | May Offer |
| 279 | Letter from HUD to David Busch, Weis Management Co. re: Award to Joseph Weis on portion of Property | 03/01/1979 | G-AP 14080-14081 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 280 | Maximum Insurable Mortgage for Morningside Terrace (aka Winona Properties) | 11/28/1972 | G-AP 14099-14100 | May Offer |
| 281 | Amendment to Regulatory Agreement for Winona Properties | 05/25/1984 | G-AP 14112-14125 | May Offer |
| 282 | Regulatory Agreement for Limited Distribution Mortgagors Under Section 236 of the National Housing Housing Act, As Amended | 09/20/1971 | G-AP 14126-14139 | May Offer |
| 283 | Mortgage Amendment between Winona Properties and Conservative Mortgage | 03/19/1972 | G-AP 14140-14147 | May Offer |
| 284 | Modification Agreement between Winona Properties and Conservative Mortgage | 12/15/1972 | G-AP 14148-14153 | May Offer |
| 285 | Second Mortgage Amendment between Winona Properties and Conservative Mortgage | 12/27/1972 | G-AP 14154-14158 | May Offer |
| 286 | Mortgage between Winona Properties and Conservative Mortgage | 09/20/1971 | G-AP 14159-14165 | May Offer |
| 287 | Letter to David Busch, Weis Management re: Morningside Terrace Preliminary Approval of Plan of Action under ELIHPA | 06/07/1994 | G-AP 14181-14188 | May Offer |
| 288 | | | | |
| 289 | Letter from HUD to Dave Busch, Weis Management re: Winona Manor (aka Morningside Terrace) Issues after Review of Plan of Action | 03/07/1994 | G-AP 14238-14240 | May Offer |
| 290 | Plan of Action -- Title II for Morningside Terrace (Winona Manor) | Undated | G-AP 14243-14250 | Expects to Offer |
| 291 | HUD Memorandum for Howard Goldman re: Plans of Action Review for Rochester Square and Winona Manor | 11/03/1993 | G-AP 14272 | May Offer |
| 292 | Notice of Election to Proceed under Title II or Title VI for Morningside Terrace, Winona Properties | 06/17/1992 | G-AP 14307 | Expects to Offer |
| 293 | Letter from David Busch to HUD re: Revised Plan of Action for Morningside Terrace, Winona | 06/17/1994 | G-AP 14349-14357 | Expects to Offer |
| 294 | Report to HUD, Plan of Action Under Title II for Morningside Terrace, Winona | 03/10/1994 | G-AP 14361-14364 | May Offer |
| 295 | Report to HUD, Plan of Action Under Title II for Morningside Terrace, Winona | 12/17/1993 | G-AP 14367-14369 | May Offer |
| 296 | Hopkins Village Apartments -- Statement of Escrow Accounts | 09/26/1995 | G-AP 14542-14543 | May Offer |
| 297 | Hopkins Village Apartments -- Financial Statement 1994 | 12/31/1994 | G-AP 14566-14598 | May Offer |
| 298 | Hopkins Village Apartments -- Financial Statement 1993 | 12/31/1993 | G-AP 14599-14627 | May Offer |
| 299 | Hopkins Village Apartments -- Financial Statement 1992 | 12/31/1992 | G-AP 14628-14658 | May Offer |
| 300 | Hopkins Village Apartments -- Existing Mortgage/Debt Terms | 09/26/1995 | G-AP 14659 | May Offer |
| 301 | First Amendment to Certificate of Limited Partnership Agreement -- Hopkins Village Apartments, A Limited Partnership | 05/24/1971 | G-AP 14678-14700 | May Offer |
| 302 | Letter to HUD from Thomas Donovan, Donovan & Associates, LTD re: Revised Plan of Action of Hopkins Village | 03/13/1996 | G-AP 14701-14742 | Expects to Offer |
| 303 | Letter from HUD to Glaser Financial Group re: Eagan Gardens Apartmens Commitment to Insure Upon Completion of Section 241(F) Loan | 03/13/1995 | G-AP 14761-14766 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 304 | HUD report Underwiting Summary and Renal Housing Project Income Analysis and Appraisal for Section 241(F) Loan re: Eagan Gardens | 11/29/2004 | G-AP 14767-14771 | May Offer |
| 305 | Regulatory Agreement for Limited Distibution Mortgagors under section 236 for Eagan Green Apartments, Limited Partnership | 12/26/1972 | G-AP 14868-14875 | May Offer |
| 306 | Eagan Gardens Apartments Financial Statement for eight months ended August 1994 | 10/17/1994 | G-AP 14886-14889 | May Offer |
| 307 | Notes from R. Thimmesh re: Eagan Gardens Schedula of Rent Phase In's under approved Plan of Action | 10/04/1994 | G-AP 14893 | May Offer |
| 308 | Application for Multifamily Housing Project re: Eagan Gardens | 09/20/1994 | G-AP 14909-14913 | May Offer |
| 309 | Statement of Escrow Accounts for Eagan Gardens | 09/15/1994 | G-AP 14914 | May Offer |
| 310 | Eagan Gardens Apartments Financial Statement for Years Ended Dec. 31, 1993 and 1992 | 09/15/1994 | G-AP 14919-14948 | May Offer |
| 311 | Eagan Gardens Apartments Financial Statement - Independent Auditors Report for Years Ended Dec. 31, 1992 and 1991 | 09/16/1994 | G-AP 14949-14979 | May Offer |
| 312 | Statement of Profit and Loss for Eagan Gardens from Jan - Aug. 31, 1994 | 09/16/1994 | G-AP 14980-14981 | May Offer |
| 313 | Eagan Gardens Apartments Financial Statement - Independent Auditors Report for Years Ended Dec. 31, 1991 and 1990 | 01/27/1992 | G-AP 14982-15007 | May Offer |
| 314 | Eagan Gardens Apartments Existing Mortgage/Debt Terms | 09/15/1994 | G-AP 15008 | May Offer |
| 315 | Letter from HUD to Glaser Financial Group re: Winona Properties Revised Commitment to Insure Upon Completion Section 241(F) | 05/15/1995 | G-AP 15024-15029 | May Offer |
| 316 | HUD report Underwiting Summary and Renal Housing Project Income Analysis and Appraisal for Section 241(F) Loan re: Winona Manor | 05/17/1995 | G-AP 15038-15042 | May Offer |
| 317 | HUD Report Underwriting Summary and Rental Housing Project Income Anaysis and Appraisal for Section 241(F) Loan re: Winona Manor | 04/26/1995 | G-AP 15050-15054 | May Offer |
| 318 | Application for Multifamily Housing Project re: Morninside Terrace, Winona | 03/02/1995 | G-AP 15109-15113 | May Offer |
| 319 | Morninside Terrace (Winona Manor) Financial Statement 1992, 1993, 1994, Year to date Through 01/31/95 | 02/24/1995 | G-AP 15140-15145 | May Offer |
| 320 | Winona Propertis (aka Morningside Terrace) Financial and Compliance Report , Sept. 30, 1994 | 10/21/1994 | G-AP 15146-15169 | May Offer |
| 321 | Winona Propertis (aka Morningside Terrace) Financial and Compliance Report , Sept. 30, 1993 | 11/16/1993 | G-AP 15170-15208 | May Offer |
| 322 | Winona Properties (aka Morningside Terrace) Financial and Compliance Report, Dec. 31, 1992 | 01/22/1993 | G-AP 15209-15251 | May Offer |
| 323 | Morninside Terrace (Winona Manor) Existing Mortgage/Debt Terms | 02/27/1995 | G-AP 15252 | May Offer |
| 324 | Parnership Agreement between Mel Spitzack and Paul Arnfelt | 07/22/1971 | P-AP 000145-000152 | May Offer |
| 325 | Certificate and Articles of Limited Partnership of Eagan Green Apartments between Inland Construction Corp., Uniscource Corp. (General Partners) and all Limited Partners | 12/20/1972 | FRC0910003-0910018 | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 326 | Agreement between Eagan Green Apartments, Minn. Limited Partnership and Tonkaway Partnership, Minn. General Partnership | 06/28/1984 | MIN0090086-0090088 | May Offer |
| 327 | GMAC Commercial Mortgage; Full Loan Satisfaction Statement | 12/29/1999 | P-AP 000601-000602 | May Offer |
| 328 | Apache Apartments of Owatona Limited Partnership Financial Statement and Auditors Report; Year Ended Dec. 31, 1992 | 01/22/1993 | P-AP 001275-001304 | May Offer |
| 329 | Apache Apartments of Owatonal Limited Partnership Financial Statement and Auditors Report; Year Ended Dec. 31, 1993 | 01/21/1994 | MIN0050138-0050173 | May Offer |
| 330 | Waseca Village Financial Statements and Auditor's Report; Year Ended Dec. 31, 1993 | 01/25/1994 | MIN0040493-0040524 | May Offer |
| 331 | Letter from Robert Thimmesh to Mark Campbell, HUD re: Eagan Gardens Apartments Plan of Action -- Revised | 11/21/1994 | P-AP 006559-006567 | Expects to Offer |
| 332 | Eagan Gardens Apartments Plan of Action to Extend Low Income Affordability Restrictions and Retain Ownership and Retain Ownership of Property | 08/29/1994 | P-AP 006574-006604 | Expects to Offer |
| 333 | Hopkins Village Apartments Plan of Action Uder LIPRHA -- To Extend Low Income Affordability Restrictions and Retain Ownership of th Project | 03/13/1996 | P-AP 13587-13619 | Expects to Offer |
| | | | | |
| | | | | |
| 496 | Plaintiff's Responses To Defendant's First Set Of Requests For Admissions Nos. 1 to 18 and 22 to 27 | 09/10/2004 | | May Offer |
| 497 | Plaintiff's Responses To Defendant's First Set Of Requests For Admissions Nos. 19 to 21 | 08/27/2004 | | May Offer |
| 498 | Plaintiff's Responses To Defendant's First Set Of Interrogatories | 05/12/2004 | | May Offer |
| 499 | Plaintiff's Response to Defendant's Second Set for Request for Admissions | 10/19/2004 | | May Offer |
| | | | | May Offer |
| 500 | Apache Apartments of Owatonna et al. v. United States Report of Bret M. Dickey, Ph.D | 04/05/2005 | | May Offer |
| 501 | Chancellor Manor v. United States, Amended Expert Report of George R. Karvel, Ph.D. | 11/04/2004 | | May Offer |
| 502 | Apache Apartments of Owatonna et al. v. United States Expert Report of George R. Karvel, Ph.D | 03/08/2005 | | May Offer |
| 503 | Apache Apartments of Owatonna et al. v. United States Report of Kenneth J. Malek, CPA, CIRA | 03/08/2005 | | May Offer |
| 504 | Grass Valley Terrace v. United States, First Amended Report of George R. Karvel | 03/17/2005 | | May Offer |
| 505 | Complete Retrospective Appraisal in a Self-Contained Report - Apache Apartments by Dan Mueller, MAI | 04/05/2005 | | May Offer |

| DX No. | Source/Brief Description | Date | Bates No. | |
|---|---|---|---|---|
| 506 | Complete Retrospective Appraisal in a Self-Contained Report - Brainerd South by Dan Mueller, MAI | 04/05/2005 | | May Offer |
| 507 | Complete Retrospective Appraisal in a Self-Contained Report - Eagan Gardens by Dan Mueller, MAI | 04/05/2005 | | May Offer |
| 508 | Complete Retrospective Appraisal in a Self-Contained Report - Hopkins Village by Dan Mueller, MAI | 04/05/2005 | | May Offer |
| 509 | Complete Retrospective Appraisal in a Self-Contained Report - Morningside Terrace by Dan Mueller, MAI | 04/05/2005 | | May Offer |
| 510 | Complete Retrospective Appraisal in a Self-Contained Report - Rochester Square by Dan Mueller, MAI | 04/05/2005 | | May Offer |
| 511 | Complete Retrospective Appraisal in a Self-Contained Report - Waseca Village by Dan Mueller, MAI | 04/05/2005 | | May Offer |