IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., | ) | |
| Plaintiffs, | ) | No. 96-700C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFFS NEW GOLDENDALE HOMES LIMITED PARTNERSHIP AND NEW HOWARD LAKE LIMITED PARTNERSHIP FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH AN ORDER OF THIS COURT

Defendant, the United States, agrees with plaintiffs that, with the April 17, 2006 filing of the Joint Stipulation Regarding Voluntary Dismissal Of Plaintiffs New Goldendale Homes, L.P., And New Howard Lake L.P., our motion to dismiss the claims of New Goldendale Homes and New Howard Lake is moot.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

April 20, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 20, 2006 the foregoing Defendant's Reply To Plaintiff's Response To Defendant's Motion To Dismiss The Claims Of Plaintiffs New Goldendale Homes Limited Partnership And New Howard Lake Limited Partnership For Failure To Prosecute And Failure To Comply With An Order Of This Court was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail