IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., Plaintiffs, | ) | No. 96-700C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' WITNESS LIST

Pursuant to ¶ 4 of the Court's December 22, 2005 order, defendant, the United States, presents the following objections to plaintiffs' witness list.

The descriptions of the expected testimony of Paul Arnfelt, David Busch, Donald Hagen, Jeffrey Hagen, Timothy Murray, Robert Thimmesh, and Joseph Weiss recite that each is expected to testify regarding "the prepayment intentions of plaintiffs, the efforts made by plaintiffs to prepay and leave the program, and the current status of the properties at issues." Pursuant to Rule 602 of the Federal Rules of Evidence ("F.R.E."), we object to those witnesses providing testimony regarding plaintiffs and properties of which they do not have personal knowledge.

The description of the expected testimony of William Dockser recites that he is expected to testify regarding "the investment backed expectations of participants in HUD programs; the nature of the government's actions, policies and procedures in the name

of housing 'preservation,' as well as Title II and Title VI; the nature and costs of various options made available pursuant to the 'preservation' policy; and the economic impact of the government's action on HUD program participants." Pursuant to F.R.E. 602, we object to Mr. Dockser presenting testimony regarding matters of which he does not have personal knowledge.

The description of the expected testimony of Dr. George Karvel recites that he is expected to testify regarding "the matters set forth in his expert report and any amendments thereto." We object to any testimony of Dr. Karvel regarding any opinion not reported to the Government by March 8, 2005, the deadline set by the Court on October 7, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

May 2, 2006

CERTIFICATE OF FILING

I hereby certify that on May 2, 2006 the foregoing Defendant’s Objections To Plaintiffs’ Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail