IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., | ) | |
| Plaintiffs, | ) | No. 96-700C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Pursuant to ¶ 4 of the Court's December 22, 2005 order, defendant, the United States, presents the following objections to plaintiffs' exhibit list.

Pursuant to Rule 402 of the Federal Rules of Evidence ("F.R.E."), we object to the introduction into evidence by plaintiffs of Plaintiffs' Exhibit Nos. 9-10, 27-50, 53, 81-83, 119, 125, 139, 141-44, 146-47, 179-281, 321-37, 359, 395, 440-56, and 475 because those exhibits are not relevant to the claims set forth in plaintiffs' First Amended Complaint.

In addition, pursuant to F.R.E. 802, we object to the introduction into evidence by plaintiffs of Plaintiffs' Exhibit Nos. 29, 41, 46, 48, 51, 60, 98, 148-49, 156, 158, 292, 321, 327, 395 (P-AP 008626, which plaintiffs otherwise misdescribe), 441, and 454 because those exhibits are hearsay.

In addition, we object to the introduction into evidence by plaintiffs of Plaintiffs' Exhibit No. 52 because plaintiffs do not adequately describe that exhibit and have not provided it to us. Plaintiffs describe that exhibit only as "[a]ll documents listed on Addendum C of Expert Report of". If by that description plaintiffs mean the documents listed on Addendum C of the March 14, 2006 First Amended Expert Report of George R. Karvel, Ph.D, we object to the introduction into evidence by plaintiffs of those documents to the extent that plaintiffs do not separately list them on their exhibit list.

We also object to the introduction into evidence by plaintiffs of Plaintiffs' Exhibit No. 171 because plaintiffs have not exchanged that document with the Government.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

May 2, 2006

CERTIFICATE OF FILING

I hereby certify that on May 2, 2006 the foregoing Defendant's Objections To Plaintiffs' Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail