IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| APACHE APARTMENT OF OWATONA, ET AL., Plaintiffs, | ) | No. 96-700C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of May 10, 2006, the parties submit the following Joint Status Report. The United States Court of Appeals for the Federal Circuit issued an opinion in Chancellor Manor v. United States, No. 2006-5052 (Fed. Cir.), and Cienega Gardens v. United States, No. 2006-5051 (Fed. Cir.), on September 25, 2007. Because the parties do not agree on the appropriate course of further proceedings in this matter at this juncture, they have prepared separate statements below.

A. Plaintiffs' Statement

Plaintiffs moved to stay this case pending the final outcome of the appeals to the Federal Circuit in Chancellor Manor and Cienega Gardens. The Court granted plaintiffs' motion, noting that the resolution of those appeals would clarify important legal issues presented in this case. See Order of May 10, 2006.

At this time, the appeals in Cienega Gardens and Chancellor Manor have not been fully resolved. The deadline for requesting a rehearing of the Court's decision under Rules 35 and 40 of the

Federal Circuit Rules of Practice is on or about November 9, 2007. In addition, the deadline for filing a petition for certiorari with the United States Supreme Court is on or about December 24, 2007. Currently, counsel for plaintiffs in the Chancellor Manor case (who also represent the plaintiffs in this matter) are considering their options for seeking further review of the Federal Circuit's opinion.

Moreover, plaintiffs recently made a settlement proposal to defendant in this case and two related cases following a preliminary settlement discussion with government counsel. Plaintiffs believe that it would be prudent to further explore the possibility of settlement and allow the Chancellor Manor and Cienega Gardens appeals to conclude prior to setting a trial schedule in this matter.

Accordingly, plaintiffs respectfully request that the current stay of proceedings continue until the appeals in Cienega Gardens and Chancellor Manor have been fully resolved. Plaintiffs further propose that the parties submit a further Joint Status report within fourteen days after the deadline for filing a petition for writ of certiorari has expired.

B. Defendant's Statement

With the Court of Appeals having issued its opinion in Cienega Gardens and Chancellor Manor, defendant respectfully requests that the stay of this action be lifted and plaintiffs be required to prosecute their case. In view of the opinion of the Court of Appeals, defendant proposes that this Court allow a new period of discovery. Defendant, therefore, proposes the following schedule for further proceedings:

| | |
|---|---|
| January 18, 2008: | Fact discovery ends and plaintiffs disclose any supplemental expert opinions; |
| February 29, 2008: | Defendant discloses any supplemental expert opinions; |
| March 21, 2008: | Plaintiffs disclose any expert rebuttal opinions; |
| March 28, 2008: | Expert discovery ends; |
| June 9, 2008: | Pretrial conference; |
| June 16-20, 2008: | Trial in Minneapolis, Minnesota. |

Defendant proposes that all other pre-trial actions be governed by Appendix A of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

October 25, 2007

JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

October 25, 2007

CERTIFICATE OF FILING

I hereby certify that on October 25, 2007, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeff H. Eckland